**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:22-cr-437-WFJ-SPF | **DATE:** February 9, 2023 | |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOHN LEE** | **GOVERNMENT COUNSEL:**<br>Rachelle DesVaux Bedke, AUSA | |
| | **DEFENDANT COUNSEL:**<br>Bjorn Erik Brunvand, RETAINED | |
| **COURT REPORTER:** Bill Jones | **DEPUTY CLERK:** | Caleb Houston |
| **TIME:** 11:30 AM - 11:32 AM **TOTAL:** 2 Minues | **COURTROOM:** | Telephonic |

**PROCEEDINGS:** TELEPHONIC STATUS CONFERENCE

Court called to order.

Counsel identified for the record.

Oral motion to continue by defense. No objections by the Government.

The Court **GRANTED** the motion to continue. Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by such continuance outweigh the best interest of the public and the defendant in a speedy trial; this time is, therefore, deemed EXCLUDABLE until trial.

Trial Term:    September 2023

Next Status Conference:    July 13, 2023 at 11:00 AM

Court adjourned.