**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:  8:22-cr-437-WFJ-SPF** | **DATE:  July 13, 2023** | |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JOHN LEE** | **GOVERNMENT COUNSEL:**<br>Tiffany Fields, AUSA | |
| | **DEFENDANT COUNSEL:**<br>Bjorn Brunvand, Retained | |
| **COURT REPORTER:**  Tracey Aurelio | **DEPUTY CLERK:** | Javaris Gooding-Butts |
| **TIME:**  11:19 AM - 11:23 AM **TOTAL:**  4 Minutes | **COURTROOM:** | Telephonic |

**PROCEEDINGS:** TELEPHONIC STATUS CONFERENCE

Court called to order.

Counsel identified for the record.

Oral motion to continue by defense. No objections by the Government.

The Court **GRANTED** the motion to continue. Pursuant to 18 U.S.C. § 3161(h)(7)(a), the Court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial, reasons being to permit both sides to adequately prepare for trial and resolve issues pertinent thereto. This time is, therefore, deemed EXCLUDABLE until trial.

Trial Term:   December 2023

Next Status Conference:   November 9, 2023 at 11:00 AM

Court adjourned.