UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:22-cr-437-WFJ-SPF

JOHN LEE

ACCEPTANCE OF PLEA OF GUILTY
AND ADJUDICATION OF GUILT

The defendant, John Lee, entered a plea of guilty to Counts Four and Seven of the Indictment before Magistrate Judge Sean P. Flynn on November 6, 2023.  The Magistrate Judge issued a Report and Recommendation in which he recommended the pleas of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**ACCORDINGLY, IT IS ORDERED AND ADJUDGED**:

1. That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2. That the defendant, John Lee, be adjudicated guilty as to Counts Four and Seven of the Indictment.

3. That sentencing be scheduled for *March 4, 2024, at 9:30 AM.*  **Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.**

**DONE** and **ORDERED** in Tampa, Florida 30th day of November, 2023.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
U.S. Pretrial Services
U.S. Probation Office
U.S. Marshal Service