UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:22-cr-437-WFJ-SPF

JOHN LEE

## NOTICE OF PUBLICATION

The United States of America hereby advises the Court that notice of this criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 17, 2024. *See* Attachment 1. Federal Rule of Criminal Procedure 32.2(b)(6)(C) incorporates the provisions of Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, as the means of publication in a criminal forfeiture case.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By:  *s/Nicole M. Andrejko*
NICOLE M. ANDREJKO
Assistant United States Attorney
Florida Bar No. 0820601
400 West Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7560
Facsimile: (407) 648-7643
E-Mail: Nicole.Andrejko@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

*s/Nicole M. Andrejko*
NICOLE M. ANDREJKO
Assistant United States Attorney

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION
# COURT CASE NUMBER: 8:22-CR-437-WFJ-SPF; NOTICE OF FORFEITURE

Notice is hereby given that on February 12, 2024, in the case of U.S. v. John Lee, Court Case Number 8:22-CR-437-WFJ-SPF, the United States District Court for the Middle District of Florida entered an Order condemning and forfeiting the following property to the United States of America:

2007 Bentley Continental GT Convertible, VIN: SCBDR33W77C050110, Registered to John Lee (23-FBI-003552) which was seized from Sophia Lee and John Jace on March 21, 2023 in Kissimmee, FL

2019 Mercedes-Benz GLS, VIN: 4JGDF6EE2KB222601, Registered to John Jace (23-FBI-003558) which was seized from Sophia Lee and John Jace on March 21, 2023 in Kissimmee, FL

Metalor Gold Bar, serial number: 22151857 (23-FBI-003560) which was seized from Sophia Lee and John Jace on March 21, 2023 in Kissimmee, FL

2021 Ford Mustang GT Coupe, VIN: 1FA6P8SJ7M5502318, Registered to Jonathan Joey Lee (23-FBI-003943) which was seized from Jonathan Lee on April 06, 2023 in Tampa, FL

2022 Porsche Cayenne, VIN: WP1AA2AY8NDA07164, Registered to John Lee (23-FBI-005564) which was seized from Steven Adams on June 13, 2023 in Lake Hiawatha, NJ

Metalor Gold Bar, serial number: 22141681 (23-FBI-005574) which was seized from Steven Adams on June 13, 2023 in Lake Hiawatha, NJ

Asahi 1kg Gold Bar, serial number: 22A02982 (23-FBI-005777) which was seized from Jonathan Joey Lee on June 22, 2023 in Bethlehem, PA

1963 Chevrolet Corvette Sting Ray 2 Door Coupe with Split Window, VIN 30837S103339, Registered to Steven Parker Adams (23-FBI-006763) which was seized from Steven Adams on August 11, 2023 in Montville, NJ

Wilhelm Schimmel Grand Piano, Model 180 (23-FBI-006765) which was seized from John Lee on August 09, 2023 in Fort Lee, NJ

Asahi 1kg Gold Bar, serial number: 22A02992 (23-FBI-006963) which was seized from Jonathan Joey Lee on June 22, 2023 in Bethlehem, PA

Asahi 1kg Gold Bar, serial number: 22A02990 (23-FBI-006964) which was seized from Jonathan Joey Lee on June 22, 2023 in Bethlehem, PA

Asahi 1kg Gold Bar, serial number: 22A02997 (23-FBI-006965) which was seized from Jonathan Joey Lee on June 22, 2023 in Bethlehem, PA

Asahi 1kg Gold Bar, serial number: 22A02981 (23-FBI-006966) which was seized from Jonathan Joey Lee on June 22, 2023 in Bethlehem, PA

Asahi 1kg Gold Bar, serial number: 22A02999 (23-FBI-006967) which was seized from Jonathan Joey Lee on June 22, 2023 in Bethlehem, PA

Asahi 1kg Gold Bar, serial number: 22A02998 (23-FBI-006968) which was seized from Jonathan Joey Lee on June 22, 2023 in Bethlehem, PA

Asahi 1kg Gold Bar, serial number: 22A02984 (23-FBI-006969) which was seized from Jonathan Joey Lee on June 22, 2023 in Bethlehem, PA

Asahi 1kg Gold Bar, serial number: 22A02996 (23-FBI-006970) which was seized from Jonathan Joey Lee on June 22, 2023 in Bethlehem, PA

Asahi 1kg Gold Bar, serial number: 22A02945 (23-FBI-006971) which was seized from Jonathan Joey Lee on June 22, 2023 in Bethlehem, PA

Asahi 1kg Gold Bar, serial number: 22A02991 (23-FBI-006972) which was seized from Jonathan Joey Lee on June 22, 2023 in Bethlehem, PA

Asahi 1kg Gold Bar, serial number: 22A02943 (23-FBI-006973) which was seized from Jonathan Joey Lee on June 22, 2023 in Bethlehem, PA

Asahi Gold Bar, serial number: 22A02995 (23-FBI-006990) which was seized from Steven Adams on June 13, 2023 in Lake Hiawatha, NJ

Asahi Gold Bar, serial number: 22A02988 (23-FBI-006991) which was seized from Steven Adams on June 13, 2023 in Lake Hiawatha, NJ

Asahi Gold Bar, serial number: 22A03000 (23-FBI-006992) which was seized from Steven Adams on June 13, 2023 in Lake Hiawatha, NJ

Metalor Gold Bar, serial number: 2212828 (23-FBI-006993) which was seized from Sophia Lee and John Jace on March 21, 2023 in Kissimmee, FL

Asahi Gold Bar, serial number: 22A01691 (23-FBI-006994) which was seized from Sophia Lee and John Jace on March 21, 2023 in Kissimmee, FL

Asahi Gold Bar, serial number: 22A02983 (23-FBI-006995) which was seized from Steven Adams on June 13, 2023 in Lake Hiawatha, NJ

Asahi Gold Bar, serial number: 22A02985 (23-FBI-006996) which was seized from Steven Adams on June 13, 2023 in Lake Hiawatha, NJ

Asahi Gold Bar, serial number: 22A02993 (23-FBI-006997) which was seized from Steven Adams on June 13, 2023 in Lake Hiawatha, NJ

2020 Mercedes-Benz GLE, VIN: 4JGFB5KB1LA004052, registered to Steven Patrick Adams (23-FBI-007479) which was seized from Steven Adams on September 06, 2023 in Orlando, FL

13.15 carat Natural Fancy Vivid Pink VVS1 Emerald Cut Diamond in Platinum Solitaire Ring (23-FBI-008654) which was seized from Christie's Auction House on November 15, 2022 in New York, NY

Miscellaneous Jewelry (23-FBI-008655), including the following items which were seized from John Lee on November 22, 2022 in Fort Lee, NJ:

a. Patek Philippe Nautilus Rose Gold and Ruby Bezel; and
b. Rolex Daytona in 18 Karat White Gold on Rubber Strap.

103.86 carat D color Internally Flawless Clarity Cushion Brilliant Cut Natural Diamond (Loose) (23-FBI-008656) which was seized from Joseph Grunberg on November 23, 2022 in New York, NY

Miscellaneous Jewelry, which were seized from Elie Hanono on November 30, 2022 in New York, NY (23-FBI-008657):

a. 6.22 carat H color Internally Flawless Clarity Pear Brilliant Cut Natural Diamond (Loose);
b. 6.40 carat H color Internally Flawless Clarity Pear Brilliant Cut Natural Diamond (Loose);
c. 7.03 carat D color Internally Flawless Clarity Oval Brilliant Cut Natural Diamond (Loose);
d. 3.07 ct Natural Fancy Intense Pink Internally Flawless Clarity Heart Modified Brilliant Cut Diamond; and
e. 1.07 carat G color VVS2 Clarity Round Brilliant Cut Natural Diamond (Loose).

Miscellaneous Jewelry (23-FBI-008658), including the following items which were seized from Michael Uwanawich and Johnathan Lee on March 28, 2023 in Morristown, NJ:

a. Patek Philippe Platinum watch with emeralds;
b. Patek Philippe Grey Gold watch with blue face;
c. Patek Philippe Platinum watch with sapphires;
d. Patek Philippe watch , Tiffany Blue face;
e. Patek Philippe rose gold watch with black face;
f. Audemars Piguet Royal Oak watch with gold face;
g. Audemars Piguet Royal Oak with purple face;
h. Audemars Piguet Platinum royal Oak watch with grey face;
i. Richard Mille RM65-01 Rose Gold Watch;
j. Rolex GMT-Master II "Pepsi" Rose Gold watch;
k. Rolex Daytona Rainbow Watch; and

l. Rolex Eye of the Tiger Watch; 1 Loose watch links.

Miscellaneous Jewelry (23-FBI-008661), including the following items which were seized from Simon Alfaks on November 22, 2022 in Oakhurst, NJ:

a. Horse Sculpture;
b. Cartier Stationary Set;
c. Cartier Stationary Set;
d. A. Lange & Sohne Tourbograph Perpetual "Pour le Merite" Watch;
e. Chopard Misbaha in 18 Karat White Gold, Sapphire and Diamond;
f. Natural Ruby and Diamond Enhancer For Tiara or Necklace (Disassembled);
g. Diamond and Platinum Ring Setting Missing Center Stone;
h. Cartier Trinity Bracelet;
i. Chopard Classic Watch;
j. Patek Philippe Calatrava Watch;
k. Cartier Santos Dumont Watch;
l. Patek Philippe Nautilus Watch;
m. Cartier "Art Deco Chinese Prestige" Collection;
n. Cartier Stationary Set;
o. Cartier Art Deco Chinese Prestige Pen, Prestige Dragon Pen, Cufflink and Ashtray Collection;
p. Cartier Pasha in Stainless Steel with Arabic Dial;
q. Christophe Claret Rialto in White Gold with Sapphire Bezel (Piece Unique);
r. Cartier "Art Deco Chinese Prestige" Collection;
s. Cartier "Secret Watch" Ball Point Pen (1115/2000);
t. Cartier "Secret Watch" Ball Point Pen (1322/2000);
u. Cartier "Colisee" Desk/Travel Clock;
v. Vacheron Constantin Traditionnelle World Time - 3 Piece Set;
w. Multi Shape Natural Diamond and Platinum Halo Ring Setting (Missing Center Stone);
x. Rolex Day Date II "President" in Platinum with Original Maroon Dial Arabic Day/Date Wheels;
y. Chatila Multi Oval Brilliant and Round Brilliant Cut Natural Diamond and White Gold Necklace;
z. 30.38 Carat Ring;
aa. Multiple Loose Natural Diamonds;
bb. 75.42 carat Natural Fancy Intense Yellow SI1 Clarity Cushion Modified Brilliant Cut Diamond;
cc. Disassembled Significant Multi Natural Diamond and Platinum Necklace by Graf;
dd. 4.27 carat E color VVS2 Clarity Emerald Cut Natural Diamond (Loose);
ee. 4.15 carat E color VVS2 Clarity Emerald Cut Natural Diamond (Loose);
ff. Epaulette Cut Natural Diamond Three Stone Ring Setting in Platinum (Missing Center Stone);
gg. 33.34 Carat Diamond Ring;
hh. 46.51 Carat Diamond Ring;
ii. Chatila Diamond Double Halo Cocktail Ring Setting in Platinum and 18 Karat Yellow Gold;
jj. 66.05 Carat Diamond Solitaire Ring;

    kk. 19.46 Carat Diamond Ring; 1 Chatila Diamond Halo Cocktail Ring Setting in Platinum and 18 Karat Yellow Gold; and
ll. 12.20 carat Natural Fancy Yellow-Green VS2 Clarity Radiant Cut Diamond.

    Any funds obtained from the sale of a 2022 Porsche 911 Convertible, VIN: WP0CD2A92NS260860, Registered to John Lee (24-FBI-000675)

    The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (February 17, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, U.S. District Court, Sam Gibbons Federal Courthouse, 801 North Florida Avenue, 2nd Floor, Tampa, FL  33602, and a copy served upon Assistant United States Attorney Nicole Andrejko, 400 North Tampa Street, Suite 3200, Tampa, FL  33602.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

    Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

    The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Nicole Andrejko, 400 North Tampa Street, Suite 3200, Tampa, FL  33602.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 17, 2024 and March 17, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. John Lee

**Court Case No:**     8:22-CR-437-WFJ-SPF
**For Asset ID(s):**    See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/17/2024 | 23.9 | Verified |
| 2 | 02/18/2024 | 23.9 | Verified |
| 3 | 02/19/2024 | 23.9 | Verified |
| 4 | 02/20/2024 | 23.9 | Verified |
| 5 | 02/21/2024 | 23.9 | Verified |
| 6 | 02/22/2024 | 23.9 | Verified |
| 7 | 02/23/2024 | 24.0 | Verified |
| 8 | 02/24/2024 | 23.9 | Verified |
| 9 | 02/25/2024 | 23.9 | Verified |
| 10 | 02/26/2024 | 23.9 | Verified |
| 11 | 02/27/2024 | 24.0 | Verified |
| 12 | 02/28/2024 | 23.9 | Verified |
| 13 | 02/29/2024 | 23.8 | Verified |
| 14 | 03/01/2024 | 23.9 | Verified |
| 15 | 03/02/2024 | 23.9 | Verified |
| 16 | 03/03/2024 | 23.9 | Verified |
| 17 | 03/04/2024 | 24.0 | Verified |
| 18 | 03/05/2024 | 24.0 | Verified |
| 19 | 03/06/2024 | 23.9 | Verified |
| 20 | 03/07/2024 | 23.9 | Verified |
| 21 | 03/08/2024 | 24.0 | Verified |
| 22 | 03/09/2024 | 23.9 | Verified |
| 23 | 03/10/2024 | 23.9 | Verified |
| 24 | 03/11/2024 | 23.9 | Verified |
| 25 | 03/12/2024 | 23.8 | Verified |
| 26 | 03/13/2024 | 23.9 | Verified |
| 27 | 03/14/2024 | 23.9 | Verified |
| 28 | 03/15/2024 | 23.9 | Verified |
| 29 | 03/16/2024 | 23.9 | Verified |
| 30 | 03/17/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.