**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO. 8:22-CR-437-WFJ-SPF**

UNITED STATES OF AMERICA

v.

JOHN LEE
  A/K/A "GIOVANNI"

**UNOPPOSED MOTION FOR SPECIAL ADMISSION OF ZACH INTRATER**
**FOR THIRD PARTY PETITIONER UNDER LOCAL RULE 2.01**

Zach Intrater, Esquire, moves under M.D. Fla. L.R. 2.01(c) for special admission to represent third party petitioner Simon Alfaks in this action. In support of this Motion, I state as follows:

1.     I am neither a Florida resident nor a member in good standing of The Florida Bar.

2.     I am a member in good standing of a bar of a United States district court; specifically, the Southern District of New York, the Eastern District of New York, the District of New Jersey, and the Eastern District of Michigan.

3.     I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida: none.

4.     I will comply with the federal rules and this Court's local rules.

5.     I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6.     I have paid the fee for special admission or will pay the fee upon special admission.

7.     I will register with the Court's CM/ECF system.

8.     I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/Zach Intrater
ZACH INTRATER
New York Bar No. 4265880
New Jersey Bar No. 332262023
zach@agilawgroup.com
AGNIFILO INTRATER LLP
445 Park Avenue, 7th Fl.
New York, NY 10022
Telephone: (646) 205-4350
E-service: contact@agilawgroup.com

Dated: March 22, 2024                Respectfully Submitted,

/s/ Barbara R. Llanes
BARBARA R. LLANES
Florida Bar No. 1032727
bllanes@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
E-service: efilings@gsgpa.com

## **Local Rule 3.01(g) Certification**

Undersigned counsel has conferred with counsel for the government and represents that the government does not oppose Zach Intrater's special admission.

*/s/ Barbara R. Llanes*
BARBARA R. LLANES