UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                   Case No. 8:22-cr-437 (WFJ) (SPF)

JOHN LEE
a/k/a "Giovanni"
_____/

## NOTICE OF ATTORNEY APPEARANCE

Mark E. Bini, Esq. of Reed Smith LLP hereby provides notice of his appearance as counsel of record for Third-Party Petitioners, Joseph Grunberg, Rosalie Grunberg, Lombard Mutual LLC, and Wolf Grunberg Corp. (collectively, the "Grunberg Petitioners") in the above-styled action, and respectfully requests that notice of electronic filing of all papers be transmitted to him at the address below.

Dated: March 21, 2024                          Respectfully submitted,
       New York, NY
                                               **REED SMITH LLP**

                                               */s/ Mark E. Bini*
                                               Mark E. Bini
                                               Florida Bar No. 3995156
                                               599 Lexington Avenue
                                               New York, NY 10022-7650
                                               Phone: (212) 521-5400
                                               Fax: (212) 521-5450
                                               mbini@reedsmith.com

                                               -and-

                                               200 South Biscayne Blvd, 26th Fl
                                               Miami, Florida 33131
                                               Phone: (786) 747-0286

                                               *Counsel for the Grunberg Petitioners*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 21, 2024, a true and correct copy of the foregoing was served upon the following via FedEx Overnight

Office of the Clerk
United States District Court
Middle District of Florida
Sam Gibbons Federal Courthouse
801 North Florida Ave, 2nd Floor
Tampa, Florida 33602

Nicole Andrejko
Assistant United States Attorney
400 North Tampa Street, Suite 3200
Tampa, Florida 33602

*/s/ Mark E. Bini*
Mark E. Bini
Florida Bar No. 3995156
mbini@reedsmith.com