UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO. 8:22-cr-437-WFJ-SPF

JOHN LEE

### JOINT MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through Roger B. Handberg, United States Attorney for the Middle District of Florida, through the undersigned Assistant United States Attorneys, and defendant John Lee, through his counsel, Bjorn Brunvand, hereby file this joint motion requesting this Honorable Court to continue John Lee's sentencing hearing, currently scheduled to begin on March 27, 2024, for 45 days or until after May 9, 2024, and as grounds therefor, states as follows:

1.      Sentencing in this matter is scheduled for March 27, 2024.

2.      Mr. Lee's fraud scheme, though not seemingly complex on its face, involves complicated transfers of stolen items in exchange for other items of jewelry and watches, gold bars, and some U.S. currency.  For example, in mid-August, Mr. Lee travelled from Davenport, Florida, to Deal, New Jersey with at least three items belonging to Victim 2: a 12.20 carat fancy-yellow green diamond, a Rolex watch, and a 75.42 carat fancy intense yellow diamond pendent necklace.  Mr. Lee intended to sell and trade the items to a dealer who agreed to pay $850,000 for the diamond necklace, $156,000 for the diamond ring, and $130,000 for the Rolex watch.  The dealer provided Mr. Lee a sum of cash, as well as watches in exchange for the items.

1

Doc. 51 at para. 21.  The three items belonging to Victim 2 were recovered, in whole and in part, as were certain proceeds of Mr. Lee's scheme.

3.      As it pertains to the recovery of the above-described items, the 12.20 carat fancy yellow green diamond was recovered; however, this stone was originally set in a ring.  The setting was not recovered.  The Rolex watch was recovered in whole. Finally, the 75.42 carat fancy intense yellow diamond pendent necklace was recovered in a deconstructed state.

4.      The government expects the Court will need to make a complicated determination of restitution in this case.  The government has been preparing to proceed by sharing with the Court a table that includes the following information: descriptions of the items stolen, descriptions of items as recovered, Victim 2's original purchase amount when available, an appraiser's estimation of liquidation value, and an appraiser's estimation of fair market value.

5.      The above-described summary chart is the government's best effort to assemble all available information concerning the values of every piece stolen to the maximum extent possible.  As described in paragraph 3, some pieces were recovered intact, some were recovered deconstructed with all the parts present, some were recovered deconstructed with missing parts, some pieces were recovered in an altered state, and some items were never recovered.  Because of the variations in the treatment and handling of the items, it has been an arduous task to assemble relevant data to facilitate the Court's determination of an appropriate restitution amount. This process has been further complicated by very recent claims by others who

2

believe themselves to be downline victims of Mr. Lee's offense conduct and are requesting restitution for losses they sustained.

6.      The government recently renewed its requests for further documentation from Victim 2 pertaining to the value of certain items at the time of their purchase.

7.      The government has just received an informed report that M.S.'s case in Doha, Qatar is complete.  The government has requested, but not yet received, relevant disposition documents to apprise this Court of the outcome and status of M.S.

8.      As a result of the lingering issues relevant to the determination of restitution in this case, additional time is necessary to adequately present the valuations as well as to further consider possible downline victims' claims.

9.      On February 27, 2024, the parties filed a joint motion to continue sentencing, in part, so that a joint response to certain issues posed by the Court could be prepared and filed.  Doc. 53. In this filing, Mr. Lee's counsel noted that he would be returning from foreign travel the evening of March 26, 2024.  Doc. 53.

10.      On March 25, 2024, the Court presented an additional issue for the parties to consider and address at sentencing on March 27, 2024.

11.      The government has conferred with counsel for Mr. Lee, who has advised that he needs additional time to thoroughly consider the issue and to be prepared to address the questions presented at sentencing. Because he is traveling

back to the United States today and will not arrive until late this evening, he advised that he will not have sufficient time to research the latest issue posed by the Court.

12.     For purposes of a potential rescheduling of this sentencing hearing, counsel for Mr. Lee and the government have availability throughout the month of May.  Counsel for Mr. Lee has represented he is available after May 9, 2024.

13.     Counsel for Mr. Lee and counsel for the government hereby certify that this motion is made in good faith and not for purposes of unnecessary delay.

WHEREFORE, the United States and the defendant respectfully request this Honorable Court to grant this unopposed motion to continue the sentencing hearing to a date in May after May 9, 2024, and to grant an additional five days to complete either a joint or separate memoranda addressing the latest issue raised by the Court.

Respectfully Submitted,

*s/ Tiffany E. Fields*
TIFFANY E. FIELDS
Assistant United States Attorney

*s/ Rachelle DesVaux Bedke*
RACHELLE DESVAUX BEDKE
Assistant United States Attorney

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
Counsel for the Defendant

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 26, 2024, I filed the following with the Clerk of Court and that a copy was shared with counsel for the defendant electronically.

*s/ Tiffany E. Fields*
Tiffany E. Fields
Assistant United States Attorney
Arkansas Bar No, 2012221
400 N Tampa St., Ste. 3200
Tampa, FL 33602-4798
Office: 813/274-6000
Fax: 813/274-6358
Email: Tiffany.Fields2@usdoj.gov
