UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:22-cr-437 (WFJ) (SPF)

JOHN LEE
a/k/a "Giovanni"
_____/

## AMENDED NOTICE OF ATTORNEY APPEARANCE

Mark E. Bini, Esq. of Reed Smith LLP hereby provides this amended notice of his appearance as counsel of record for Third-Party Petitioners, Joseph Grunberg, Rosalie Grunberg, Lombard Mutual LLC, and Wolf Grunberg Corp. (collectively, the "Grunberg Petitioners") in the above-styled action, and respectfully requests that notice of electronic filing of all papers be transmitted to him at the address below.

Dated: March 26, 2024
        New York, NY

Respectfully submitted,

**REED SMITH LLP**

*/s/ Mark E. Bini*
Mark E. Bini
Florida Bar No. 1026547
599 Lexington Avenue
New York, NY 10022-7650
Phone: (212) 521-5400
Fax: (212) 521-5450
mbini@reedsmith.com

-and-

200 South Biscayne Blvd, 26th Fl
Miami, Florida 33131
Phone: (786) 747-0286

***Counsel for the Grunberg Petitioners***

2

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that on March 26, 2024, a true and correct copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system, which will automatically send a copy to all counsel of record in this case registered on the CM/ECF system.

*/s/ Mark E. Bini*
Mark E. Bini
Florida Bar No. 1026547
mbini@reedsmith.com