UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-437-WFJ-SPF

JOHN LEE

### JOINT MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through Roger B. Handberg, United States Attorney for the Middle District of Florida, through the undersigned Assistant United States Attorneys, and defendant John Lee, through his counsel, Bjorn Brunvand, hereby file this joint motion requesting this Honorable Court to continue John Lee's sentencing hearing, currently scheduled to begin on April 23, 2024, for 14 days or until May 8, 2024 or after, and as grounds therefor, state as follows:

1. Sentencing in this matter is scheduled for April 23, 2024.

2. On March 26, 2024, the parties jointly requested a continuance of the sentencing date for several reasons. Doc. 63. Within the joint motion, the parties requested a date after May 9, 2024. *Id.*

3. On March 26, 2024, the Court granted the motion and scheduled sentencing for April 23, 2024. Docs. 66 and 67.

4. Counsel for the government will be out of the country on a pre-paid trip from April 23, 2024, through April 27, 2024.

1

5.   Counsel for Mr. Lee is scheduled to be in trial April 29, 2024, through May 3, 2024. Additionally, counsel for Mr. Lee has court-related proceedings scheduled May 6, 2024, through May 7, 2024.

6.   For purposes of a potential rescheduling of this sentencing hearing, counsel for Mr. Lee and the government have availability any time on May 8, 2024, May 10, 2024, and May 16, 2024. Additionally, the parties are available in the afternoon on May 13, 2024, and May 17, 2024.

7.   The United States anticipates presenting witness testimony during the sentencing hearing.  All potential witnesses are available on the dates provided in paragraph 6.

8.   Counsel for Mr. Lee and counsel for the government hereby certify that this motion is made in good faith and not for purposes of unnecessary delay.

WHEREFORE, the United States and the defendant respectfully request this Honorable Court to grant this unopposed motion to continue the sentencing hearing to May 8, 2024, or date thereafter.

Respectfully Submitted,

*s/ Tiffany E. Fields*
TIFFANY E. FIELDS
Assistant United States Attorney

*s/ Rachelle DesVaux Bedke*
RACHELLE DESVAUX BEDKE
Assistant United States Attorney

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
Counsel for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2024, I filed the following with the Clerk of Court and that a copy was shared with counsel for the defendant electronically.

                                          *s/ Tiffany E. Fields*
                                          Tiffany E. Fields
                                          Assistant United States Attorney
                                          Arkansas Bar No, 2012221
                                          400 N Tampa St., Ste. 3200
                                          Tampa, FL 33602-4798
                                          Office: 813/274-6000
                                          Fax: 813/274-6358
                                          Email: Tiffany.Fields2@usdoj.gov