UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:22-cr-437-WFJ-SPF

JOHN LEE
 a/k/a "Giovanni"

**UNITED STATES' SECOND AMENDED MOTION FOR AMENDED[1]
PRELIMINARY ORDER OF FORFEITURE FOR DIRECT ASSETS**

Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the United States of America moves for a Preliminary Order of Forfeiture for the following assets:

a. **Assorted Jewelry and Watches:**

   (1) 1.07 Carat G Color VVS2 Clarity Round Brilliant Cut Natural Diamond (Loose).

   (2) 103.86 Carat D Color Internally Flawless Clarity Cushion Brilliant Cut Natural Diamond (Loose).

   (3) 12.20 Carat Natural Fancy Yellow-Green VS2 Clarity Radiant Cut Diamond.

---

[1] Since the United States filed its Amended Motion for Preliminary Order of Forfeiture, Doc. 50, which sought to include the forfeiture of the 15.88 Carat Fancy Dark Gray Diamond ("Diamond") that was erroneously omitted from the United States' original Motion for Preliminary Order of Forfeiture (Doc. 45), the United States has subsequently located another asset stolen from Victim 2 – a 15.25 Carat Burma No Heat Cushion Cut Ruby ("Ruby"). Accordingly, this motion seeks to include for forfeiture the Diamond and Ruby, as well as correct the description for item a-31, which should be "A. Lange & Sohne Tourbograph Perpetual 'Pour le Merite' watch," and item c-21, which should just be "Loose Watch Links."

(4) 13.15 Carat Natural Fancy Vivid Pink VVS1 Emerald Cut Diamond in Platinum Solitaire Ring.

(5) 15.88 Carat Fancy Dark Gray Diamond.

(6) 19.46 Carat Natural Fancy Vivid Yellow Internally Flawless Radiant Cut Diamond. and Step Cut Half Moon Diamond Three Stone Ring by Kaufmann De Suisse in Platinum and 18 Karat Yellow Gold.

(7) 3.07 Carat Natural Fancy Intense Pink Internally Flawless Clarity Heart Modified Brilliant Cut Diamond.

(8) 30.38 Carat Natural No Heat Blue Sapphire Oval Shape and Round Brilliant Cut Diamond Three Stone Ring in 18 Karat White Gold by Alfardan.

(9) 33.34 Carat D Color Flawless Cushion Brilliant Cut Natural Diamond and Trilliant Cut Diamond Three Stone Ring by Graff in Platinum.

(10) 4.15 Carat E Color VVS2 Clarity Emerald Cut Natural Diamond (Loose).

(11) 4.27 Carat E Color VVS2 Clarity Emerald Cut Natural Diamond (Loose).

(12) 46.51 Carat Natural Burma No Heat Blue Sapphire Cushion Cut and Triangular Step Cut Diamond Three Stone Ring in Platinum.

(13) 6.22 Carat H Color Internally Flawless Clarity Pear Brilliant Cut Natural Diamond (Loose).

(14) 6.40 Carat H Color Internally Flawless Clarity Pear Brilliant Cut Natural Diamond (Loose).

(15) 66.05 Carat Natural Fancy Intense Yellow VS1 Clarity Radiant Cut Diamond Solitaire Ring by Jacob & Co. in 18 Karat Yellow Gold.

(16) 7.03 Carat D Color Internally Flawless Clarity Oval Brilliant Cut Natural Diamond (Loose).

(17) 75.42 Carat Natural Fancy Intense Yellow SI1 Clarity Cushion Modified Brilliant Cut Diamond (Loose) from Disassembled Significant Multi White and Yellow Diamond and Platinum Necklace (Necklace/Metal Not Present).

(18) Cartier Trinity Bracelet.

(19) Chatila Diamond Double Halo Cocktail Ring Setting in Platinum and 18 Karat Yellow Gold (Missing Center Stone).

(20) Chatila Diamond Halo Cocktail Ring Setting in Platinum and 18 Karat Yellow Gold (Missing Center Stone).

(21) Chatila Multi Oval, Brilliant and Round Brilliant Cut Natural Diamond and White Gold Necklace.

(22) Chopard Misbaha in 18 Karat White Gold, Sapphire, and Diamond.

(23) Christophe Claret Rialto in White Gold with Sapphire Bezel (Piece Unique).

(24) Diamond and Platinum Ring Setting Missing Center Stone.

(25) Disassembled Significant Multi Natural Diamond and Platinum Necklace by Graf- 138 Stones of Varying Carat Weights with Setting Separate.

(26) Epaulette Cut Natural Diamond Three Stone Ring Setting in Platinum (Missing Center Stone).

(27) Mellerio dits Meller Chevaux de Légende Rock Crystal, Gold, Diamond, Emerald, Malachite, Coral, Lapis Lazuli, Agate, and Obsidian Horse Sculpture.

(28) Multi Shape Natural Diamond and Platinum Halo Ring Setting (Missing Center Stone), 12 Stones of Varying Carat Weights.

(29) Multiple Loose Natural Diamonds from Disassembled Significant Multi White and Yellow Diamond and

       Platinum Necklace (Necklace/Metal Not Present), 203 Stones of Varying Carat Weights.

(30) Natural Ruby and Diamond Enhancer for Tiara or Necklace (Disassembled), Seven Stones of Varying Carat Weights.

(31) A. Lange & Sohne Tourbograph Perpetual "Pour le Merite" Watch.

(32) Audemars Piguet Platinum Royal Oak Watch with Grey Face.

(33) Audemars Piguet Royal Oak Watch with Gold Face.

(34) Audemars Piguet Royal Oak Watch with Purple Face.

(35) Patek Philippe Calatrava Watch.

(36) Patek Philippe Grey Gold Watch with Blue Face.

(37) Patek Philippe Nautilus Rose Gold and Ruby Bezel.

(38) Patek Philippe Nautilus Watch.

(39) Patek Philippe Platinum Watch with Emeralds.

(40) Patek Philippe Platinum Watch with Sapphires.

(41) Patek Philippe rose gold Watch with Black Face.

(42) Patek Philippe Watch, Tiffany Blue Face.

(43) Richard Mille RM65-01 Rose Gold Watch.

(44) Rolex Day Date II "President" in Platinum with Original Maroon Dial Arabic Day/Date Wheels (Piece Unique).

(45) Rolex Daytona in 18 Karat White Gold on Rubber Strap.

(46) Rolex Daytona Rainbow Watch.

(47) Rolex Eye of the Tiger Watch.

(48) Rolex GMT-Master II "Pepsi" Rose Gold Watch.

(49) Chopard Classic Watch.

      (50)    Cartier Santos Dumont Watch.

      (51)    15.25 Carat Burma No Heat Cushion Cut Ruby.

**b.**    **Gold Bars**

      (1)    Seven One-Kilogram Gold Bars.

      (2)    Three One-Kilogram Gold Bars.

      (3)    12 One-Kilogram Gold Bars.

**c.**    **Miscellaneous Items, Collectibles, and Figurines**

      (1)    Loose Watch Links.

      (2)    Vacheron Constantin Traditionnelle World Time, 3 Piece Set.

      (3)    Wilhelm Schimmel Grand Piano.

      (4)    Cartier "Art Deco Chinese Prestige" Collection (3x Cartier Prestige Fountain Pens, 2x Cartier Lighter and 1x Desk/Travel Clock).

      (5)    Cartier "Art Deco Chinese Prestige" Collection (2x Cartier Prestige Fountain Pens, 1x Cartier Lighter and 1x Desk/Travel Clock).

      (6)    Cartier "Colisee" Desk/Travel Clock.

      (7)    Cartier "Secret Watch" Ball Point Pen (1322/2000).

      (8)    Cartier "Secret Watch" Ball Point Pen (1115/2000).

      (9)    Cartier Art Deco Chinese Prestige Pen, Prestige Dragon Pen, Cufflink and Ashtray Collection.

      (10)    Cartier Exceptional Tiger Fountain Pen in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter (046/100).

      (11)    Cartier Exceptional Tiger Fountain Pen in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter (058/100).

  (12) Cartier Exceptional Tiger Fountain Pens in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter.

  (13) Cartier Pasha in Stainless Steel with Arabic Dial.

 **d.** **Vehicles**

  (1) 1963 Chevrolet Corvette Sting Ray 2 Door Coupe with Split Window, VIN 30837S103339, Registered to Steven Parker Adams.

  (2) 2007 Bentley Continental GT Convertible, VIN: SCBDR33W77C050110, Registered to John Lee.

  (3) 2019 Mercedes-Benz GLS, VIN: 4JGDF6EE2KB222601, Registered to John Jace.

  (4) A 2020 Mercedes-Benz GLE, VIN: 4JGFB5KB1LA004052, registered to Steven Patrick Adams.

  (5) 2021 Ford Mustang GT Coupe, VIN: 1FA6P8SJ7M5502318, Registered to Jonathan Joey Lee.

  (6) Any funds obtained from the sale of a 2022 Porsche 911 Convertible, VIN: WP0CD2A92NS260860, Registered to John Lee.

  (7) 2022 Porsche Cayenne, VIN: WP1AA2AY8NDA07164, Registered to John Lee.

In accordance with Rule 32.2(b)(4), and the defendant's plea agreement (Doc. 36 at 17), the United States asks that the order of forfeiture become final at the time it is entered. In support, the United States submits the following memorandum of law.

# MEMORANDUM OF LAW

I. **Statement of Facts**

    A. **Allegations Against the Defendant**

    1.    In relevant part, the defendant was charged in an Indictment with mail fraud, in violation of 18 U.S.C. § 1341 (Count Four), and interstate transportation of stolen property, in violation of 18 U.S.C. § 2314 (Count Seven). Doc. 15.

    2.    The forfeiture allegations in the Indictment notified the defendant that, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the United States was seeking forfeiture of any property, real or personal, which constituted or was derived from proceeds traceable to the offenses. *Id.* at 4-6.

    3.    On February 13, 2024, the Court entered an Endorsed Order granting the Preliminary Order of Forfeiture for Direct Assets. Doc. 47.   However, the United States now seeks to amend that Order[2] to include the subject Diamond, Ruby, and to correct the descriptions of two of the other assets sought for forfeiture.

    B. **Finding of Guilt and Admissions of Fact**

    4.    On November 13, 2023, the defendant pleaded guilty to Counts Four and Seven of the Indictment pursuant to a written plea agreement before United States Magistrate Judge Sean P. Flynn, who recommended that his plea be accepted. Docs. 39, 43. On November 30, 2023, United States District Judge William F. Jung accepted his plea and adjudicated him guilty. Doc. 44. The defendant's sentencing is

---

[2] The United States respectfully requests that the Court enter a written order so that the order may be served on potential claimants as required by Rule 32.2(b)(6).

currently scheduled for March 4, 2023. *Id.*

5.      In his plea agreement (Doc. 36 at 16-33), the defendant agreed to a factual basis which describes the conduct underlying the charges in the Indictment for which the defendant pled guilty.

   **C.   Admissions Related to Forfeiture**

6.      In his plea agreement, the defendant further admitted that the following assets sought for forfeiture were stolen directly from Victim 2 as a result of his mail fraud scheme:

      (1)   1.07 Carat G Color VVS2 Clarity Round Brilliant Cut Natural Diamond (Loose).

      (2)   103.86 Carat D Color Internally Flawless Clarity Cushion Brilliant Cut Natural Diamond (Loose).

      (3)   12.20 Carat Natural Fancy Yellow-Green VS2 Clarity Radiant Cut Diamond.

      (4)   13.15 Carat Natural Fancy Vivid Pink VVS1 Emerald Cut Diamond in Platinum Solitaire Ring.

      (5)   15.88 Carat Fancy Dark Gray Diamond.

      (6)   19.46 Carat Natural Fancy Vivid Yellow Internally Flawless Radiant Cut Diamond. and Step Cut Half Moon Diamond Three Stone Ring by Kaufmann De Suisse in Platinum and 18 Karat Yellow Gold.

      (7)   3.07 Carat Natural Fancy Intense Pink Internally Flawless Clarity Heart Modified Brilliant Cut Diamond.

      (8)   30.38 Carat Natural No Heat Blue Sapphire Oval Shape and Round Brilliant Cut Diamond Three Stone Ring in 18 Karat White Gold by Alfardan.

(9) 33.34 Carat D Color Flawless Cushion Brilliant Cut Natural Diamond and Trilliant Cut Diamond Three Stone Ring by Graff in Platinum.

(10) 4.15 Carat E Color VVS2 Clarity Emerald Cut Natural Diamond (Loose).

(11) 4.27 Carat E Color VVS2 Clarity Emerald Cut Natural Diamond (Loose).

(12) 46.51 Carat Natural Burma No Heat Blue Sapphire Cushion Cut and Triangular Step Cut Diamond Three Stone Ring in Platinum.

(13) 6.22 Carat H Color Internally Flawless Clarity Pear Brilliant Cut Natural Diamond (Loose).

(14) 6.40 Carat H Color Internally Flawless Clarity Pear Brilliant Cut Natural Diamond (Loose).

(15) 66.05 Carat Natural Fancy Intense Yellow VS1 Clarity Radiant Cut Diamond Solitaire Ring by Jacob & Co. in 18 Karat Yellow Gold.

(16) 7.03 Carat D Color Internally Flawless Clarity Oval Brilliant Cut Natural Diamond (Loose).

(17) 75.42 Carat Natural Fancy Intense Yellow SI1 Clarity Cushion Modified Brilliant Cut Diamond (Loose) from Disassembled Significant Multi White and Yellow Diamond and Platinum Necklace (Necklace/Metal Not Present).

(18) Cartier Trinity Bracelet.

(19) Chatila Diamond Double Halo Cocktail Ring Setting in Platinum and 18 Karat Yellow Gold (Missing Center Stone).

(20) Chatila Diamond Halo Cocktail Ring Setting in Platinum and 18 Karat Yellow Gold (Missing Center Stone).

(21) Chatila Multi Oval, Brilliant and Round Brilliant Cut Natural Diamond and White Gold Necklace.

(22)  Chopard Misbaha in 18 Karat White Gold, Sapphire, and Diamond.

(23)  Christophe Claret Rialto in White Gold with Sapphire Bezel (Piece Unique).

(24)  Diamond and Platinum Ring Setting Missing Center Stone.

(25)  Disassembled Significant Multi Natural Diamond and Platinum Necklace by Graf- 138 Stones of Varying Carat Weights with Setting Separate.

(26)  Epaulette Cut Natural Diamond Three Stone Ring Setting in Platinum (Missing Center Stone).

(27)  Mellerio dits Meller Chevaux de Légende Rock Crystal, Gold, Diamond, Emerald, Malachite, Coral, Lapis Lazuli, Agate, and Obsidian Horse Sculpture.

(28)  Multi Shape Natural Diamond and Platinum Halo Ring Setting (Missing Center Stone), 12 Stones of Varying Carat Weights.

(29)  Multiple Loose Natural Diamonds from Disassembled Significant Multi White and Yellow Diamond and Platinum Necklace (Necklace/Metal Not Present), 203 Stones of Varying Carat Weights.

(30)  Natural Ruby and Diamond Enhancer for Tiara or Necklace (Disassembled), Seven Stones of Varying Carat Weights.

(31)  A. Lange & Sohne Tourbograph Perpetual "Pour le Merite" Watch

(32)  Rolex Day Date II "President" in Platinum with Original Maroon Dial Arabic Day/Date Wheels (Piece Unique).

(33)  Cartier Santos Dumont Watch.

(34)  Vacheron Constantin Traditionnelle World Time, 3 Piece Set.

(35)  Cartier "Art Deco Chinese Prestige" Collection (3x Cartier Prestige Fountain Pens, 2x Cartier Lighter and 1x Desk/Travel Clock).

(36) Cartier "Art Deco Chinese Prestige" Collection (2x Cartier Prestige Fountain Pens, 1x Cartier Lighter and 1x Desk/Travel Clock).

(37) Cartier "Colisee" Desk/Travel Clock.

(38) Cartier "Secret Watch" Ball Point Pen (1322/2000).

(39) Cartier "Secret Watch" Ball Point Pen (1115/2000).

(40) Cartier Art Deco Chinese Prestige Pen, Prestige Dragon Pen, Cufflink and Ashtray Collection.

(41) Cartier Exceptional Tiger Fountain Pen in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter (046/100).

(42) Cartier Exceptional Tiger Fountain Pen in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter (058/100).

(43) Cartier Exceptional Tiger Fountain Pens in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter.

(44) Cartier Pasha in Stainless Steel with Arabic Dial.

*Id.* at 28-31. The Ruby was not included in the defendant's Plea Agreement because it had not been located, so the United States did not believe it would be available for forfeiture. Additionally, the defendant admitted in his plea agreement that he received the following items sought for forfeiture as his payment when he sold items, which had been stolen from Victim 2 and transported across state lines, to others:

(1) Audemars Piguet Platinum Royal Oak Watch with Grey Face.

(2) Audemars Piguet Royal Oak Watch with Gold Face.

(3) Audemars Piguet Royal Oak Watch with Purple Face.

11

 (4) Patek Philippe Calatrava Watch.

 (5) Patek Philippe Grey Gold Watch with Blue Face.

 (6) Patek Philippe Nautilus Rose Gold and Ruby Bezel.

 (7) Patek Philippe Nautilus Watch.

 (8) Patek Philippe Platinum Watch with Emeralds.

 (9) Patek Philippe Platinum Watch with Sapphires.

 (10) Patek Philippe Rose Gold Watch with Black Face.

 (11) Patek Philippe Watch, Tiffany Blue Face.

 (12) Richard Mille RM65-01 Rose Gold Watch.

 (13) Rolex Daytona in 18 Karat White Gold on Rubber Strap.

 (14) Rolex Daytona Rainbow Watch.

 (15) Rolex Eye of the Tiger Watch.

 (16) Rolex GMT-Master II "Pepsi" Rose Gold Watch.

 (17) Chopard Classic Watch.

 (18) Seven One-Kilogram Gold Bars.

 (19) Three One-Kilogram Gold Bars.

 (20) 12 One-Kilogram Gold Bars.

 (21) Loose Watch Links.

*Id.* at 31-32.

  Lastly, the defendant admitted that he purchased the following assets sought for forfeiture using proceeds he obtained from the mail fraud scheme and/or interstate transportation of stolen property offense for which he pled guilty:

    (1)    Wilhelm Schimmel Grand Piano.

    (2)    1963 Chevrolet Corvette Sting Ray 2 Door Coupe with Split Window, VIN 30837S103339, Registered to Steven Parker Adams.

    (3)    2007 Bentley Continental GT Convertible, VIN: SCBDR33W77C050110, Registered to John Lee.

    (4)    2019 Mercedes-Benz GLS, VIN: 4JGDF6EE2KB222601, Registered to John Jace.

    (5)    2020 Mercedes-Benz GLE, VIN: 4JGFB5KB1LA004052, registered to Steven Patrick Adams.

    (6)    2021 Ford Mustang GT Coupe, VIN: 1FA6P8SJ7M5502318, Registered to Jonathan Joey Lee.

    (7)    Any funds obtained from the sale of a 2022 Porsche 911 Convertible, VIN: WP0CD2A92NS260860, Registered to John Lee.

    (8)    2022 Porsche Cayenne, VIN: WP1AA2AY8NDA07164, Registered to John Lee.

*Id*. at 32-33.

## II. Applicable Law

### A. Applicable Forfeiture Statutes

The Court's authority to forfeit specific property obtained as a result of a mail fraud scheme and/or interstate transportation of stolen property offense is found in 18 U.S.C. § 981(a)(1)(C), which provides for the civil forfeiture of any property, real or personal, that constitutes or is derived from proceeds traceable to a violation of any offense constituting "specified unlawful activity" as defined in section 1956(c)(7). The term "specified unlawful activity" includes any act or activity constituting an offense listed in 18 U.S.C. § 1961(1)(B). 18 U.S.C. § 1956(c)(7)(A).

13

Specifically, violations of 18 U.S.C. §§ 1343 and 2314 are included in 18 U.S.C. § 1961(1). Pursuant to 28 U.S.C. § 2461(c), the United States is authorized to forfeit this property criminally utilizing the procedures set forth in 21 U.S.C. § 853.

### B. Court's Determination of Forfeiture

Rule 32.2, Federal Rules of Criminal Procedure, governs the criminal forfeiture of property based on a defendant's conviction for the offenses giving rise to the forfeiture. Rule 32.2(b)(1) requires that as soon as practical after a verdict or finding of guilty, or after a plea of guilty is accepted, the Court must determine what property is subject to forfeiture under the applicable statute. Fed. R. Crim. P. 32.2(b)(1)(A). The Court's determination may be based on evidence already in the record, or any additional evidence submitted by the parties and accepted by the Court as relevant and reliable. Fed. R. Crim. P. 32.2(b)(1)(B).

The United States asserts, and the defendant has agreed, that the assets identified above constitute or are derived from proceeds traceable to the offenses charged in Counts Four and Seven and are thus forfeitable under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

### III. Conclusion

For the reasons stated above, the United States requests that the Court, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, enter an Amended Preliminary Order of Forfeiture for the assets identified above, subject to the provisions of 21 U.S.C. § 853(n). The net proceeds from any forfeited assets will be credited towards the

satisfaction of the defendant's order of forfeiture.

The United States further requests that, in accordance with his Plea Agreement (Doc. 36 at 17), the order of forfeiture becomes final as to the defendant at the time it is entered.

As required by Federal Rule of Criminal Procedure 32.2(b)(4)(B), the United States requests that the Court include the forfeiture when orally pronouncing the sentence and include the forfeiture order, directly or by reference, in the judgment. *See* Fed. R. Crim. P. 32.2(b)(4)(A) and (B).

Finally, the United States further requests that the Court retain jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the United States up to the amount of the order of forfeiture.

                                        Respectfully Submitted,

                                        ROGER B. HANDBERG
                                        United States Attorney

By:   *s/Nicole M. Andrejko*
      NICOLE M. ANDREJKO
      Assistant United States Attorney
      Florida Bar No. 0820601
      400 West Washington St., Suite 3100
      Orlando, Florida 32801
      Telephone: (407) 648-7560
      Facsimile: (407) 648-7643
      E-Mail: Nicole.Andrejko@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

*s/Nicole M. Andrejko*
NICOLE M. ANDREJKO
Assistant United States Attorney
