UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:22-cr-437-WFJ-SPF

JOHN LEE

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, the United States moves this Court to grant a two-level reduction in the defendant's offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant provided truthful and timely information to the United States which substantially assisted the United States' investigation in identifying, locating, and recovering millions of dollars' worth of criminal proceeds subject to forfeiture that were previously unknown to the government. In addition to the high-end jewelry Victim 2 reported stolen, the Federal Bureau of Investigation recovered hundreds of thousands of dollars worth of other property believed to have been stolen from Victim 2, of which Victim 2 was not aware. The

1

defendant substantially assisted in identifying these items and confirming their theft from Victim 2. Further, the defendant truthfully provided information to Qatari law enforcement during their investigation and prosecution of M.S.

The United States believes that, because of his efforts on behalf of the United States, John Lee should receive a two-level reduction in his offense level for his assistance.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: *Tiffany E. Fields*
Tiffany E. Fields
Assistant United States Attorney
Arkansas Bar No. 2012221
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Tiffany.Fields2@usdoj.gov

U.S. v. John Lee  Case No. 8:22-437-WFJ-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Bjorn E. Brunvand, Esq.

By: _____
Tiffany E. Fields
Assistant United States Attorney
Arkansas Bar No. 2012221
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Tiffany.Fields2@usdoj.gov