**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                       **Case No. 8:22-cr-437 (WFJ) (SPF)**

**JOHN LEE**
**a/k/a "Giovanni"**
_____/

**GRUNBERG VICTIMS' MOTION TO PRECLUDE THE GOVERNMENT**
**FROM PRESENTING TESTIMONY FROM MR. MOYAL**
**VIA VIDEO TELECONFERENCE**

Rosalie Grunberg, Joseph Grunberg, Lombard Mutual LLC, and Wolf Grunberg Corp.

("Wolf Grunberg") (collectively, the "Grunberg Victims"), by and through their undersigned

counsel, hereby respectfully request that the Court preclude Mr. Solomon Moyal from presenting

testimony via video teleconference during the sentencing hearing scheduled for May 10, 2024.

The Grunberg Victims have not had the benefit of any discovery regarding the

circumstances surrounding Mr. Moyal's acquisition of the Diamond, or what Mr. Moyal claims

disentitles the Grunberg Victims to restitution.  If the Court is going to permit Mr. Moyal to testify

at sentencing (whether by video or in person) to contest the Grunberg Victims' entitlement to

restitution,[1] the Government should be ordered to produce all evidence in its possession relevant

to the Grunberg Victims' restitution claim, including all discovery related to: (1) the circumstances

surrounding Mr. Moyal's acquisition of the Diamond; (2) Mr. Moyal's interviews with the

Government; (3) any agreements the Government made with Mr. Moyal concerning this case; and

(4) a copy of the Presentence Investigation Report in this case.  This information should be

---

[1] Upon information and belief, Mr. Moyal would not have information relevant to the whether the loss suffered by the Grunberg Victims constitutes substantial financial hardship to them.

afforded to the Grunberg Victims under the rights afforded to victims.  *See* 18 U.S.C. § 3711 ("The reasonable right to confer with the attorney for the Government in the case."; "The right to full and timely restitution as provided in law."; "The right to be treated with fairness and with respect for the victim's dignity and privacy.").  Furthermore, the Grunberg Victims have a right to confront Mr. Moyal in person if he is going to be permitted testify at sentencing that they are not victims entitled to restitution.

Because Mr. Moyal will not be able to testify in person on May 10, 2024, given the Sabbath, then in addition to the failure of discovery discussed above, sentencing should also be adjourned for this reason, until such date and time that the Court, the parties, and Mr. Moyal are available in person so that the Grunberg Victims can confront him in person.

Dated:  May 9, 2024                                      Respectfully submitted,
       New York, NY

**REED SMITH LLP**

*/s/ Mark E. Bini*
Mark E. Bini
Florida Bar No. 1026547
599 Lexington Avenue
New York, NY 10022-7650
Phone: (212) 521-5400
Fax: (212) 521-5450
mbini@reedsmith.com

-and-

200 South Biscayne Blvd, 26th Fl
Miami, Florida 33131
Phone: (786) 747-0286

***Counsel for the Grunberg Victims***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2024, a true and correct copy of the foregoing was served upon all counsel of record via ECF.

*/s/ Mark E. Bini*
Mark E. Bini
Florida Bar No. 1026547
mbini@reedsmith.com