**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                          **Case No. 8:22-cr-437 (WFJ) (SPF)**

**JOHN LEE**
**a/k/a "Giovanni"**

_____/

**MOTION TO APPEAR PRO HAC VICE,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer

Review, and Discipline of Attorneys of the United States District Court for the Middle District of

Florida, the undersigned respectfully moves for the admission pro hac vice of James C. McCarroll

of the law firm of Reed Smith LLP, with offices at 599 Lexington Avenue, New York, NY 10022,

for purposes of appearance as co-counsel on behalf of Rosalie Grunberg, Joseph Grunberg,

Lombard Mutual LLC ("Lombard"), and Wolf Grunberg Corp. ("Wolf Grunberg") (collectively,

the "Grunberg Petitioners") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF

Administrative Procedures, to permit James C. McCarroll to receive electronic filings in this case,

and in support thereof states as follows:

1. James C. McCarroll is not admitted to practice in the Middle District of Florida and is a

   member in good standing in the following jurisdictions: New York Bar (admitted 2000);

   Massachusetts Bar (admitted 1999), and Southern District of New York (admitted 2005).

2. Movant, Mark Bini, Esquire, of the law firm of Reed Smith LLP, is a member in good

   standing of the Florida Bar (#1026547) and the United States District Court for the Middle

   District of Florida and is authorized to file through the Court's electronic filing system.

Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, James C. McCarroll has made payment of this Court's $150 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.  James C. McCarroll, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to James C. McCarroll at email address: jmccarroll@reedsmith.com.

WHEREFORE, Mark Bini, moves this Court to enter an Order for James C. McCarroll, to appear before this Court on behalf of the Grunberg Petitioners, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to James C. McCarroll.

Dated:  May 9, 2024                           Respectfully submitted,
       New York, NY

                                         **REED SMITH LLP**

                                         */s/ Mark E. Bini*
                                         Mark E. Bini
                                         Florida Bar No. 1026547
                                         599 Lexington Avenue
                                         New York, NY 10022-7650
                                         Phone: (212) 521-5400
                                         Fax: (212) 521-5450
                                         mbini@reedsmith.com

                                         -and-

2

200 South Biscayne Blvd, 26th Fl
Miami, Florida 33131
Phone: (786) 747-0286

***Counsel for the Grunberg Petitioners***

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on May 9, 2024, a true and correct copy of the foregoing was

served upon all counsel of record via ECF.


/s/ *Mark E. Bini*
Mark E. Bini
Florida Bar No. 1026547
mbini@reedsmith.com