UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:22-cr-437 (WFJ) (SPF)

JOHN LEE
a/k/a "Giovanni"
_____/

**CERTIFICATION OF JAMES C. MCCARROLL**

James C. McCarroll, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Middle District of Florida; (2) I am a member in good standing of New York Bar [#3042629]; and (3) I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

Dated: May 9, 2024            Respectfully submitted,
New York, NY

**REED SMITH LLP**

*/s/ James C. McCarroll*
James C. McCarroll

599 Lexington Avenue
New York, NY 10022
Phone: (212) 549-0209
Fax: (212) 521-5450
jmccarroll@reedsmith.com

***Counsel for the Grunberg Petitioners***