UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:22-cr-437 (WFJ) (SPF)

JOHN LEE
a/k/a "Giovanni"

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

**THIS CAUSE** having come before the Court on the Motion to Appear *Pro Hac Vice* for James C. McCarroll, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**. James C. McCarroll may appear and participate in this action on behalf of Rosalie Grunberg, Joseph Grunberg, Lombard Mutual LLC ("Lombard"), and Wolf Grunberg Corp. ("Wolf Grunberg") (collectively, the "Grunberg Petitioners"). The Clerk shall provide electronic notification of all electronic filings to James C. McCarroll, at jmccarroll@reedsmith.com.

**DONE AND ORDERED** in Chambers at, _____, Florida, this _____ day of _____, 2024.

_____
United States District Judge

Copies furnished to: All Counsel of Record