UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:22-cr-437-WFJ-SPF

JOHN LEE

**JOINT STIPULATION**

The United States of America, by and through the undersigned, the defendant, John Lee, counsel for the defendant, Bjorn E. Brunvand, the Grunberg parties, and counsel for the Grunberg parties, Mark Bini, James C McCarroll (*Pro Hac Vice* pending), and Lara Gatz (*Pro Hac Vice* pending) hereby enter into the following stipulation:

The Grunberg parties did not sustain any part of the actual loss in this case and are not "victims" as defined in § 2B1.1. As such, the enhancement described above is not applicable to the defendant, John Lee.

Under U.S.S.G. § 2B1.1(b)(2)(A)(iii), a defendant's guidelines should be increased by two levels if "the offense—resulted in substantial financial hardship to one or more victims." The term "victim" means "(A) any person who sustained any part of the *actual loss* determined under subsection (b)(1)." U.S.S.G. § 2B1.1, cmt. (n.1).[1]

---

[1] The definition in the United States Sentencing Guidelines is narrower than the definition of "victim" within the Crime Victims' Rights Act ("CVRA") and the Mandatory Victim Restitution Act ("MVRA").

1

Respectfully Submitted,

*Tiffany E. Fields*
TIFFANY E. FIELDS
Assistant United States Attorney

*s/ Rachelle DesVaux Bedke*
RACHELLE DESVAUX BEDKE
Assistant United States Attorney

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
Counsel for the Defendant

*s/ Mark E. Bini*
MARK E. BINI, ESQ.
Counsel for the Grunberg parties

*s/ James C. McCarroll*
JAMES C. MCCARROLL, ESQ.
Counsel for the Grunberg parties
*(Pro Hac Vice pending)*

*s/ Lara Gatz*
LARA GATZ, ESQ.
Counsel for the Grunberg parties
*(Pro Hac Vice pending)*

U.S. v. John Lee　　　　　　　　　　　Case No. 8:22-cr-437-WFJ-SPF

### CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Bjorn E. Brunvand, Esquire
> Mark E. Bini, Esquire

*Tiffany E. Fields*
Tiffany E. Fields
Assistant United States Attorney
AR Bar 2012221
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Tiffany.Fields2@usdoj.gov