UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:22-cr-437-WFJ-SPF

JOHN LEE
 a/k/a "Giovanni"

**AMENDED PRELIMINARY ORDER OF
FORFEITURE FOR DIRECT ASSETS**

THIS CAUSE comes before the Court upon the filing of the United States of America's Second Motion for an Amended Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2) for the following assets:

    a.    **Assorted Jewelry and Watches:**

        (1)    1.07 Carat G Color VVS2 Clarity Round Brilliant Cut Natural Diamond (Loose).

        (2)    103.86 Carat D Color Internally Flawless Clarity Cushion Brilliant Cut Natural Diamond (Loose).

        (3)    12.20 Carat Natural Fancy Yellow-Green VS2 Clarity Radiant Cut Diamond.

        (4)    13.15 Carat Natural Fancy Vivid Pink VVS1 Emerald Cut Diamond in Platinum Solitaire Ring.

        (5)    15.88 Carat Fancy Dark Gray Diamond.

        (6)    19.46 Carat Natural Fancy Vivid Yellow Internally Flawless Radiant Cut Diamond. and Step Cut Half Moon Diamond Three Stone Ring by Kaufmann De Suisse in Platinum and 18 Karat Yellow Gold.

(7) 3.07 Carat Natural Fancy Intense Pink Internally Flawless Clarity Heart Modified Brilliant Cut Diamond.

(8) 30.38 Carat Natural No Heat Blue Sapphire Oval Shape and Round Brilliant Cut Diamond Three Stone Ring in 18 Karat White Gold by Alfardan.

(9) 33.34 Carat D Color Flawless Cushion Brilliant Cut Natural Diamond and Trilliant Cut Diamond Three Stone Ring by Graff in Platinum.

(10) 4.15 Carat E Color VVS2 Clarity Emerald Cut Natural Diamond (Loose).

(11) 4.27 Carat E Color VVS2 Clarity Emerald Cut Natural Diamond (Loose).

(12) 46.51 Carat Natural Burma No Heat Blue Sapphire Cushion Cut and Triangular Step Cut Diamond Three Stone Ring in Platinum.

(13) 6.22 Carat H Color Internally Flawless Clarity Pear Brilliant Cut Natural Diamond (Loose).

(14) 6.40 Carat H Color Internally Flawless Clarity Pear Brilliant Cut Natural Diamond (Loose).

(15) 66.05 Carat Natural Fancy Intense Yellow VS1 Clarity Radiant Cut Diamond Solitaire Ring by Jacob & Co. in 18 Karat Yellow Gold.

(16) 7.03 Carat D Color Internally Flawless Clarity Oval Brilliant Cut Natural Diamond (Loose).

(17) 75.42 Carat Natural Fancy Intense Yellow SI1 Clarity Cushion Modified Brilliant Cut Diamond (Loose) from Disassembled Significant Multi White and Yellow Diamond and Platinum Necklace (Necklace/Metal Not Present).

(18) Cartier Trinity Bracelet.

(19) Chatila Diamond Double Halo Cocktail Ring Setting in Platinum and 18 Karat Yellow Gold (Missing Center Stone).

(20)  Chatila Diamond Halo Cocktail Ring Setting in Platinum and 18 Karat Yellow Gold (Missing Center Stone).

(21)  Chatila Multi Oval, Brilliant and Round Brilliant Cut Natural Diamond and White Gold Necklace.

(22)  Chopard Misbaha in 18 Karat White Gold, Sapphire, and Diamond.

(23)  Christophe Claret Rialto in White Gold with Sapphire Bezel (Piece Unique).

(24)  Diamond and Platinum Ring Setting Missing Center Stone.

(25)  Disassembled Significant Multi Natural Diamond and Platinum Necklace by Graf- 138 Stones of Varying Carat Weights with Setting Separate.

(26)  Epaulette Cut Natural Diamond Three Stone Ring Setting in Platinum (Missing Center Stone).

(27)  Mellerio dits Meller Chevaux de Légende Rock Crystal, Gold, Diamond, Emerald, Malachite, Coral, Lapis Lazuli, Agate, and Obsidian Horse Sculpture.

(28)  Multi Shape Natural Diamond and Platinum Halo Ring Setting (Missing Center Stone), 12 Stones of Varying Carat Weights.

(29)  Multiple Loose Natural Diamonds from Disassembled Significant Multi White and Yellow Diamond and Platinum Necklace (Necklace/Metal Not Present), 203 Stones of Varying Carat Weights.

(30)  Natural Ruby and Diamond Enhancer for Tiara or Necklace (Disassembled), Seven Stones of Varying Carat Weights.

(31)  A. Lange & Sohne Tourbograph Perpetual "Pour le Merite" Watch.

(32)  Audemars Piguet Platinum Royal Oak Watch with Grey Face.

(33) Audemars Piguet Royal Oak Watch with Gold Face.

(34) Audemars Piguet Royal Oak Watch with Purple Face.

(35) Patek Philippe Calatrava Watch.

(36) Patek Philippe Grey Gold Watch with Blue Face.

(37) Patek Philippe Nautilus Rose Gold and Ruby Bezel.

(38) Patek Philippe Nautilus Watch.

(39) Patek Philippe Platinum Watch with Emeralds.

(40) Patek Philippe Platinum Watch with Sapphires.

(41) Patek Philippe rose gold Watch with Black Face.

(42) Patek Philippe Watch, Tiffany Blue Face.

(43) Richard Mille RM65-01 Rose Gold Watch.

(44) Rolex Day Date II "President" in Platinum with Original Maroon Dial Arabic Day/Date Wheels (Piece Unique).

(45) Rolex Daytona in 18 Karat White Gold on Rubber Strap.

(46) Rolex Daytona Rainbow Watch.

(47) Rolex Eye of the Tiger Watch.

(48) Rolex GMT-Master II "Pepsi" Rose Gold Watch.

(49) Chopard Classic Watch.

(50) Cartier Santos Dumont Watch.

(51) 15.25 Carat Burma No Heat Cushion Cut Ruby.

b. **Gold Bars**

(1) Seven One-Kilogram Gold Bars.

(2) Three One-Kilogram Gold Bars.

(3) 12 One-Kilogram Gold Bars.

    **c.**    **Miscellaneous Items, Collectibles, and Figurines**

        (1)    Loose Watch Links.

        (2)    Vacheron Constantin Traditionnelle World Time, 3 Piece Set.

        (3)    Wilhelm Schimmel Grand Piano.

        (4)    Cartier "Art Deco Chinese Prestige" Collection (3x Cartier Prestige Fountain Pens, 2x Cartier Lighter and 1x Desk/Travel Clock).

        (5)    Cartier "Art Deco Chinese Prestige" Collection (2x Cartier Prestige Fountain Pens, 1x Cartier Lighter and 1x Desk/Travel Clock).

        (6)    Cartier "Colisee" Desk/Travel Clock.

        (7)    Cartier "Secret Watch" Ball Point Pen (1322/2000).

        (8)    Cartier "Secret Watch" Ball Point Pen (1115/2000).

        (9)    Cartier Art Deco Chinese Prestige Pen, Prestige Dragon Pen, Cufflink and Ashtray Collection.

        (10)    Cartier Exceptional Tiger Fountain Pen in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter (046/100).

        (11)    Cartier Exceptional Tiger Fountain Pen in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter (058/100).

        (12)    Cartier Exceptional Tiger Fountain Pens in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter.

        (13)    Cartier Pasha in Stainless Steel with Arabic Dial.

    **d.**    **Vehicles**

        (1)    1963 Chevrolet Corvette Sting Ray 2 Door Coupe with Split Window, VIN 30837S103339, Registered to Steven Parker Adams.

 (2) 2007 Bentley Continental GT Convertible, VIN: SCBDR33W77C050110, Registered to John Lee.

 (3) 2019 Mercedes-Benz GLS, VIN: 4JGDF6EE2KB222601, Registered to John Jace.

 (4) A 2020 Mercedes-Benz GLE, VIN: 4JGFB5KB1LA004052, registered to Steven Patrick Adams.

 (5) 2021 Ford Mustang GT Coupe, VIN: 1FA6P8SJ7M5502318, Registered to Jonathan Joey Lee.

 (6) Any funds obtained from the sale of a 2022 Porsche 911 Convertible, VIN: WP0CD2A92NS260860, Registered to John Lee.

 (7) 2022 Porsche Cayenne, VIN: WP1AA2AY8NDA07164, Registered to John Lee.

Being fully advised of the relevant facts, the Court hereby finds that the United States has established the requisite nexus between the assets listed above and the offenses charged in Counts Four and Seven of the Indictment.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' amended motion is GRANTED. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), that the assets listed above are hereby FORFEITED to the United States for disposition according to law. Any assets not already in the United States' possession may be seized pursuant to Fed. R. Crim. P. 32.2(b)(3). This order shall become a final order of forfeiture as to the defendant at sentencing.

The net proceeds from the forfeited assets will be credited towards the satisfaction of the defendant's order of forfeiture.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this ____10____ day of ____May____, 2024.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record