UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,　　　Case No. 8:22-cr-00437-WFJ-SPF
　　　Plaintiff, ☐
　　　Government ☒　　　☐ Evidentiary
　　　　　　　　　　　　　☐ Trial
　　　　　　　　　　　　　☒ Other – Sentencing May 10, 2024

v.

JOHN LEE

　　　Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 5/10/2024 | 5/10/2024 | | Summary Chart |
| 2 | 5/10/2024 | 5/10/2024 | | Meridian Report (Estimated Liquidation Values) |
| 3 | 5/10/2024 | 5/10/2024 | | Meridian Report (Estimated Fair Market Values) |