| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| 1 | Van Cleef & Arpels: Ring with rectangular yellow diamond | $4,500,000 Item purchased on May 18, 2005 |  | | | | | $4,500,000 Pursuant to 18 U.S.C. § 3663A(b)(1)(B)(i)(II) |
| 2 | Graff: GR13771 - 42.67 carat D Colour Flawless Clarity Emerald Cut Diamond Ring | $3,800,000 Item purchased with 62.05 cts yellow and white diamond earrings and 80.88 cts yellow and white diamond bracelet Purchased on March 16, 2006 |  |  | 1B17: 33.34 Carat D Color Flawless Cushion Brilliant Cut Natural Diamond and Brilliant Cut Diamond Three Stone Ring by Graff in Platinum | $2,962,350 | $3,705,283 | $1,000,000 Pursuant to 18 U.S.C. §§ 3663A(b)(1)(B)(i)(II) and (ii) |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| 3 | Jacob & Co.:\n\nring with square yellow diamond | $6,000,000\n\nPurchased on January 1, 2007 |  |  | 1B14:\n\n66.05 Carat Natural Fancy Intense Yellow VS1 Clarity Radiant Cut Diamond Solitaire Ring by Jacob & Co. in 18 Karat Yellow Gold | $2,114,119 | $2,642,922 | $0\n\nPursuant to 18 U.S.C. § 3663A(b)(1)(A) |
| 4 | BW:\n\nBW0001 | $3,500,000\n\nPurchased on May 18, 2005 |  |  | 1B13:\n\n19.46 Carat Natural Fancy Vivid Yellow Internally Flawless Radiant Cut Diamond and Step Cut Half Moon Diamond Three Stone Ring by Kaufmann De Suisse in Platinum and 18 Karat Yellow Gold | $876,490 | $1,098,055 | $0\n\nPursuant to 18 U.S.C. § 3663A(b)(1)(A) |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| 5 | Zendrini: Purchased in Sardinia. Brand is Zendrini. Year is 2006. Cartier ring with 7 marquise cut old mine diamonds | 250,000€ Purchased on September 15, 2006 |  |  | 1B38G: Natural Ruby and Diamond Enhancer For Tiara or Necklace (Disassembled) | $440,640 | $612,220 | $0 Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |
| | | | |  | 1B38F: Diamond and Platinum Ring Setting Missing Center Stone | $1,990 | $6,293 | $0 Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| 6 | Chatila: Burmese sapphire ring (46.51 CTS) | $22,100,000 purchased with 103.83 carat necklace Purchased on February 27, 2006 | | | 1B16: 46.51 Carat Natural Burma No Heat Blue Sapphire Cushion Cut and Triangular Step Cut Diamond Three Stone Ring in Platinum | $1,500,196 | $1,876,792 | $0 Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |
| 7 | Chatila: Red Ring | $2,000,000 Purchased on May 18, 2005 | | | 1B15: Chatila Diamond Double Halo Cocktail Ring Setting in Platinum and 18 Karat Yellow Gold (Missing Center Stone) | $5,990 | $22,850 | $1,552,150 Pursuant to 18 U.S.C. §§ 3663A(b)(1)(B)(i)(II) and (ii) |
| | | | | | | ----- | ----- | This item last sold for $425,000 |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| 8 | Al Fardan: FARD0003 | |  |  | 1B23: 30.38 Carat Natural No Heat Blue Sapphire Oval Shape and Round Brilliant Cut Diamond Three Stone Ring in 18 Karat White Gold by Alfardan | $245,694 | $310,543 | $0 Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |
| 9 | Chatila: Purchased in Doha jewelry exhibition. Natural Burmese Ruby ring 22.15 carats | $2,100,000 Purchased on February 27, 2009 |  |  | 1B12: Chatila Diamond Halo Cocktail Ring Setting in Platinum and 18 Karat Yellow Gold (Missing Center Stone) | $3,805 | $14,420 | $2,085,580 Pursuant to 18 U.S.C. §§ 3663A(b)(1)(B)(i)(II) and (ii) |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| 10 | Graff: Yellow radiant and white diamond necklace with precious stones | $6,800,00 purchased with four other items. Purchased on August 6, 2010 |  |  | 1B21: Disassembled Significant Multi Natural Diamond and Platinum Necklace by Graff | $1,764,216 | $2,159,429 | $3,616,515 Pursuant to 18 U.S.C. §§ 3663A(b)(1)(B)(i)(II) and (ii) |
| | | | |  | 1B6: 6.22 carat H color Internally Flawless Clarity Pear Brilliant Cut Natural Diamond (Loose) | $167,940 | $195,930 | |
| | | | |  | 1B7: 6.40 carat H color Internally Flawless Clarity Pear Brilliant Cut Natural | $167,040 | $195,840 | |

6

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| | | | | | Diamond (Loose) | | | |
| | | | |  | 1B8:<br><br>7.03 carat D color Internally Flawless Clarity Oval Brilliant Cut Natural Diamond (Loose) | $358,530 | $418,285 | |
| | | | |  | 1B10:<br><br>1.07 carat G color VVS2 Clarity Round Brilliant Cut Natural Diamond (Loose) | $5,152 | $6,869 | |
| | | | |  | 1B19:<br><br>4.15 carat E color VVS2 Clarity Emerald Cut Natural Diamond (Loose) | $81,672 | $102,090 | |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| | | | |  | 1B20:<br><br>4.27 carat E color VVS2 Clarity Emerald Cut Natural Diamond (Loose) | $84,034 | $105,042 | |
| | | | | | *Total for this piece:* | *$2,628,584* | *$3,183,485* | |
| 11 | Moussaieff:<br><br>20.45 ct Internally Flawless natural fancy vivid pink diamond ring. | $31,000,000<br><br>Purchased in February 2010 |  |  | 1B1:<br><br>13.15 carat Natural Fancy Vivid Pink VVS1 Emerald Cut Diamond in Platinum Solitaire Ring | $28,000,000 | $35,000,000 | Pursuant to 18 U.S.C. §§ 3663A(b)(1)(B)(i)(II) and (ii) |
| | | | |  | 1B9:<br><br>3.07 carat Natural Fancy Intense Pink Internally Flawless Clarity Heart Modified Brilliant Cut Diamond | $1,719,200 | $2,149,000 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |

8

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| | | | |  | 1B18:<br><br>Epaulette Cut Natural Diamond Three Stone Ring Setting in Platinum (Missing Center Stone) | $44,357 | $60,594 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |
| 12 | Chatila:<br><br>Diamond necklace (103.83 CTS.DIF) | $22,100,000<br><br>Purchased with a 46.51 carat sapphire ring.<br><br>Purchased on February 27, 2008 |  |  | 1B5:<br><br>103.86 carat D color Internally Flawless Clarity Cushion Brilliant Cut Natural Diamond (Loose) | $13,800,000 | $17,250,000 | $2,912,124<br><br>Pursuant to 18 U.S.C. §§ 3663A(b)(1)(B)(i)(II) and (ii) |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| | | | |  | 1B24:<br><br>Chatila Multi Oval Brilliant and Round Brilliant Cut Natural Diamond and White Gold Necklace | $34,242 | $61,084 | $0<br><br>18 U.S.C. § 3663A(b)(1)(A) |
| 13 | Moussaieff:<br><br>Platinum Diamond Ring center stone 17.42 carat | $1,742,000<br><br>Purchased on January 6, 2022. |  |  | 1B26:<br><br>Multi Shape Natural Diamond and Platinum Halo Ring Setting (Missing Center Stone) | $35,283 | $40,244 | $907,756<br><br>Pursuant to 18 U.S.C. §§ 3663A(b)(1)(B)(i)(II) and (ii) |
| | | | |  | Item 1:<br><br>15.88ct Fancy Dark Grey VVS1 Pear Shape Diamond GIA Report #: 6224588993 | $635,200 | $794,000 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| 14 | Jacob & Co: GIA Certified radiant cut fancy yellow-green diamond engagement ring. Set with surrounded by pave set = pink (1.18 ct) and white (1.07 ct) diamonds | $900,000 Purchased on January 6, 2022. |  |  | 1B11: 12.20 carat Natural Fancy Yellow-Green VS2 Clarity Radiant Cut Diamond | $341,600 | $427,000 | $473,000 Pursuant to 18 U.S.C. §§ 3663A(b)(1)(B)(i)(II) and (ii) |
| 15 | The Royal Diamond: RS-003 Ladies watch The Royal Diamond Geneve - Purchased | $100,000 Purchased in 2005 |  | | | | | $100,000 Pursuant to 18 U.S.C. § 3663A(b)(1)(B)(i)(II) |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| | in London - 1995 | | | | | | | |
| 16 | Rolex: Smo: 79P296Z2 Gents | |  |  | 1B25: Rolex Day Date II "President" in Platinum with Original Maroon Dial Arabic Day/Date Wheels (Piece Unique) | $124,000 | $155,000 | $0 Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |
| 17 | Chatila: Diamond Necklace set with radiant 75.42 CTS. Fancy intense yellow and white diamonds | $3,000,000 Purchased on March 9, 2007 |  |  | 1B22A: 75.42 carat Natural Fancy Intense Yellow SI1 Clarity Cushion Modified Brilliant Cut Diamond (Loose) from Disassembled Significant Multi White and Yellow Diamond and Platinum Necklace | $2,111,760 | $2,639,700 | $160,223 Pursuant to 18 U.S.C. §§ 3663A(b)(1)(B)(i)(II) and (ii) |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| | | | |  | 1B22B:<br><br>Multiple Loose Natural Diamonds From Disassembled Significant Multi White and Yellow Diamond and Platinum Necklace (Necklace/Metal Not Present) | $101,650 | $200,077 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |
| | | | |  | 1B27:<br><br>Vacheron Constantin Traditionnelle World Time - 3 Piece Set (Limited to 20 Sets) | $128,000 | $160,000 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| | | | |  | 1B28:<br><br>Cartier "Colisee" Desk/Travel Clock | $350 | $700 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |
| | | | |  | 1B29:<br><br>Cartier "Secret Watch" Ball Point Pen | $500 | $1,000 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| | | | |  | 1B30:<br><br>Cartier "Secret Watch" Ball Point Pen | $500 | $1,000 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |
| | | | |  | 1B32:<br><br>Cartier "Art Deco Chinese Prestige" Collection | $5,000 | $10,000 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| | | | |  | 1B33:<br><br>Christophe Claret Rialto in White Gold with Sapphire Bezel (Piece Unique) | $75,600 | $108,000 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |
| | | | |  | 1B34:<br><br>Cartier Pasha in Stainless Steel with Arabic Dial | $7,000 | $10,000 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| | | | |  | 1B35:<br><br>Cartier Art Deco Chinese Prestige Pen, Prestige Dragon Pen, Cufflink and Ashtray Collection | $7,850 | $15,700 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |
| | | | |  | 1B36:<br><br>Cartier Exceptional Tiger Fountain Pens in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter | $49,350 | $70,500 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| | | | |  | 1B37:<br><br>Cartier "Art Deco Chinese Prestige" Collection | $3,500 | $7,000 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |
| | | | |  | 1B38A:<br><br>Patek Philippe Nautilus | $180,000 | $225,000 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |
| | | | |  | 1B38B:<br><br>Cartier Santos Dumont | $10,000 | $12,500 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| | | | |  | 1B38C:<br><br>Patek Philippe Calatrava | $36,000 | $45,000 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |
| | | | |  | 1B38D:<br><br>Chopard Classic | $4,060 | $5,800 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| | | | |  | 1B38E:<br><br>Cartier Trinity Bracelet | $3,100 | $4,500 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |
| | | | |  | 1B38H:<br><br>Chopard Misbaha in 18 Karat White Gold, Sapphire and Diamond | $7,922 | $20,596 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| | | | |  | 1B39: <br><br> A. Lange & Sohne Tourbograph Perpetual "Pour le Merite" | $259,000 | $370,000 | $0 <br><br> Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |
| | | | |  | 1B40: <br><br> Cartier Exceptional Tiger Fountain Pen in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter | $24,850 | $35,500 | $0 <br><br> Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| | | | |  | 1B41:<br><br>Cartier Exceptional Tiger Fountain Pen in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter | $23,450 | $33,500 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |
| | | | |  | 1B42:<br><br>Mellerio dits Meller Chevaux de Légende Rock Crystal, Gold, Diamond, Emerald, Malachite, Coral, Lapis Lazuli, Agate and Obsidian Horse Sculpture | $25,000 | $50,000 | $0<br><br>Pursuant to 18 U.S.C. § 3663A(b)(1)(A) |

| Victim Item Number | Victim Description | Victim Purchase Details | Victim Item Pictures | Appraisal Item Pictures | Appraisal ID Number & Description | Appraisal Liquidation Value | Appraisal Fair Market Value | Recommended Restitution |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | TOTAL: | At least: **$17,307,348** *(does not include Item 11)* |

# ITEM 1



# AMIRI GEMS
المجــو هــرات الأميــريــه

## SALES INVOICE

**NO.** AGB180505/1

**Date:**        18/05/2005

**D.N No:**   -

**To,**

**Doha - Qatar**

| REF. NO. | DESCRIPTION | QTY | NET PRICE (USD) |
|---|---|---|---|
| *VCA0014* | *VINTAGE VAN CLEEF & APREL RING*<br>*EMERALD CUT YELLOW DIAMOND* | 1 | 4,500,000.00 |
| *NET TOTAL:  FOUR MILLION FIVE HUNDRED THOUSAND UNITED STATES DOLLARS* | | **1 PCS** | **4,500,000.00** |



*Prepared By:*

*Received By:*

AMIRI GEMS W.L.L  ❤  المجــوهــرات الأميــريــه ذ.م.م
BARWA AL SADD ❤ SUHAIM BIN HAMAD STREET ❤ P.O. BOX 376 DOHA - QATAR
T: +974 4452 0000 ❤ F: +974 4444 3607 ❤ E: info@amirigems.net ❤ www.amirigems.net

# ITEM 2

# G R A F F

16th March 2006

Doha
Qatar

GR13771   42.67 carat D Colour Flawless Clarity Emerald Cut Diamond Ring

Total Diamond Weight:      44.95 cts

GE7029   Yellow Radiant and White Pearshape And Round Diamond Earrings

Total Diamond Weight:      62.05 cts

GB3190   Yellow Radiant and White Diamond Bracelet

Total Diamond Weight:      80.88 cts

USD$ 3,800,000.00 *Net Export*
*(Three Million And Eight Hundred Thousand US Dollar)*

Paid With Thanks

For GRAFF

6-8 NEW BOND STREET LONDON W1S 3SJ
GRAFF.COM TEL +44 (0)20 7584 8571 EMAIL GRAFF@GRAFF.COM
GRAFF DIAMONDS LIMITED INCORPORATED IN ENGLAND REGISTRATION NO. 474183

Page 18 of 155

# ITEM 3



# AMIRI GEMS
المجـوهـرات الأمـيـريـه

## SALES INVOICE

NO. **AGB010701**

Date:     **01/01/2007**

D.N No:    **-**

To,

**Doha - Qatar**

| REF. NO. | DESCRIPTION | QTY | NET PRICE (USD) |
|----------|-------------|-----|-----------------|
| *R0107* | *JACOB & CO RING* <br> *PRINCESS CUT FANCY YELLOW DIAMOND* | 1 | 6,000,000.00 |
| **NET TOTAL:  SIX MILLION UNITED STATES DOLLARS** | | **1 PCS** | **6,000,000.00** |



*Prepared By:*

*Received By:*

AMIRI GEMS W.L.L   ▼   المجـوهـرات الأمـيـريـه ذ.م.م
BARWA AL SADD ▼ SUHAIM BIN HAMAD STREET ▼ P.O. BOX 376 DOHA - QATAR
T: +974 4452 0000 ▼ F: +974 4444 3607 ▼ E: info@amirigems.net ▼ www.amirigems.net

# ITEM 4



# AMIRI GEMS
### المجـوهـرات الأميـريــه

## <u>SALES INVOICE</u>

**NO. AGB180505/4**

**Date:**      **18/05/2005**

**D.N No:**    -

**To,**

**Doha - Qatar**

| REF. NO. | DESCRIPTION | QTY | NET PRICE (USD) |
|----------|-------------|-----|-----------------|
| *BW001* | *VINTAGE YELLOW DIAMOND RING* | 1 | 3,500,000.00 |
| *NET TOTAL:  THREE MILLION FIVE HUNDRED THOUSAND UNITED STATES DOLLARS* | | **1 PCS** | **3,500,000.00** |



*Prepared By:*

*Received By:*

AMIRI GEMS W.L.L  ❤  المجـوهـرات الأميـريــه ذ.م.م
BARWA AL SADD ❤ SUHAIM BIN HAMAD STREET ❤ P.O. BOX 376 DOHA - QATAR
T: +974 4452 0000 ❤ F: +974 4444 3607 ❤ E: info@amirigems.net ❤ www.amirigems.net

# ITEM 5



**ZENDRINI**
*gioiellieri dal 1913*

*Hotel Cala di Volpe,*
*Porto Cervo,*
*15/09/2006*

To the attention of:

Declaration of Sale:

- "Cartier" ring with 7 marquise cut old mine diamonds, circa 6/7 carats, mounted around a natural burmese unheated ruby from the ancient mines of the mogok valley, circa 5 carats. Made in France, 1950/60s.

Price: 250'000 euros

Mr. Carlo Zendrini

# ITEM 6

# and

# ITEM 12

## (Item 6 highlighted)



# CHATILA

—— JOAILLIERS ——
DEPUIS
1860

DOHA, QATAR

27 FEBRUARY 2008

## INVOICE

| REF. | DESCRIPTION | TOTAL US$ |
|------|-------------|-----------|
| 6C8 | DIAMOND NECKLACE (103.83 CTS. DIF) | |
| 9A18 | BURMESE SAPPHIRE RING (46.51 CTS) | |

| | VERY SPECIAL EXPORT PRICE | $22,100,000 |
|--|---------------------------|-------------|



CHATILA SA
22, rue du Rhône
1204 Genève

E-mail: info@chatila.com  - Website: www.chatila.com
29 rue du Rhône - 1204 Genève - Tel: (4122) 319 7100 - Fax: (4122) 319 7109

# ITEM 7



# AMIRI GEMS

المجوهــرات الأميـريـه

## SALES INVOICE

NO. **AGB180505/3**

**Date:**     **18/05/2005**

**D.N No:**    -

**To,**

**Doha - Qatar**

| REF. NO. | DESCRIPTION | QTY | NET PRICE (USD) |
|----------|-------------|-----|------------------|
| *1B15* | *CHATILA RUBY & DIAMOND RING* | 1 | 2,000,000.00 |
| *NET TOTAL:  TWO MILLION UNITED STATES DOLLARS* | | **1 PCS** | **2,000,000.00** |



*Prepared By:*

*Received By:*

AMIRI GEMS W.L.L  ❤ ذ.م.م المجـوهـرات الأميــريــه

BARWA AL SADD ❤ SUHAIM BIN HAMAD STREET ❤ P.O. BOX 376 DOHA - QATAR

T: +974 4452 0000 ❤ F: +974 4444 3607 ❤ E: info@amirigems.net ❤ www.amirigems.net

# ITEM 8

# ITEM 9



# CHATILA
JOAILLIERS
DEPUIS
1860

DOHA, QATAR

27 FEBRUARY 2009

## INVOICE

| REF. | DESCRIPTION | TOTAL US$ |
|------|-------------|-----------|
| SA1627 | A MAGNIFICENT NATURAL BURMESE RUBY RING | |
| | NATURAL BURMESE RUBY 22.15 CARATS (GUBELIN)<br>16 DIAMOND ROUND 5.68 CARATS<br>142 DIAMONDS 1.55 CARATS | |
| | VERY SPECIAL EXPORT PRICE | $2,100,000 |



CHATILA SA
29, rue du Rhône
1204-Genève

E-mail: info@chatila.com  - Website: www.chatila.com
29 rue du Rhône - 1204 Genève - Tel: (4122) 319 7100 - Fax: (4122) 319 7109

# ITEM 10

Monte Carlo, August 06, 2010

Doha
Qatar

## INVOICE

| GP 8794 | Plat White Pearshape Diamond Pendant - 8.67 D IF |
|---------|--------------------------------------------------|
| GN 6198 | Plat WG White Multi Shape Diamond Necklace |
| GR 18976 | Plat Orangy Brown Pearshape Diamond Ring With White Pearshape Diamond Shoulders - 20.57 F.Dk.Or.Brn SI1 |
| GP 6861 | Plat White Heartshape Diamond Pendant On A Plat Chain - 5.30 D IF |
| GB 4506 | WG White Round Diamond Charm Bracelet With White Heartshape Diamond Charm |

**U.S. Dollars: 6.800.000,00**
(Six Million Eight Hundred Thousand U.S Dollars)

## EXPORT

# ITEM 11

# MOUSSAIEFF

22nd August 2022

## TO WHOM IT MAY CONCERN

We can confirm that we sold a 20.45ct Internally Flawless Natural Fancy Vivid Pink Diamond to                                                    for US$31,000,000 in February 2010. The invoice was paid for in full by

GIA Certificate No: 10456757

Rohit Gupta

Director

MOUSSAIEFF JEWELLERS LTD

172 NEW BOND STREET

LONDON W1S 4RE

MOUSSAIEFF JEWELLERS LIMITED
LONDON - GENEVA - HONG KONG - COURCHEVEL

172 NEW BOND STREET LONDON W1S 4RE   TELEPHONE: 020 7290 1536   FACSIMILE: 020 7495 2746   EMAIL: info@moussaieff.co.uk   WEBSITE: www.moussaieff-jewellers.com
REGISTERED OFFICE: 2nd FLOOR, 38 WARREN STREET, LONDON W1T 2AE   REGISTERED NUMBER: 753013   VAT REGISTRATION NUMBER: 241 2662 88

# ITEM 6

# and

# ITEM 12

## (Item 12 highlighted)



# CHATILA

—— JOAILLIERS ——
DEPUIS
1860

DOHA, QATAR

27 FEBRUARY 2008

## INVOICE

| REF. | DESCRIPTION | TOTAL US$ |
|------|-------------|-----------|
| 6C8 | DIAMOND NECKLACE (103.83 CTS. DIF) | |
| 9A18 | BURMESE SAPPHIRE RING (46.51 CTS) | |
| | VERY SPECIAL EXPORT PRICE | $22,100,000 |



CHATILA SA
23, rue du Rhône
1204 Genève

E-mail: info@chatila.com  - Website: www.chatila.com
29 rue du Rhône - 1204 Genève - Tel: (4122) 319 7100 - Fax: (4122) 319 7109

# ITEM 13

# M O U S S A I E F F

22nd August 2022

## TO WHOM IT MAY CONCERN

We can confirm that we sold a Platinum Diamond Ring Containing a 17.42ct Natural Fancy Dark Greenish Gray Diamond to
for US$1,742,000 in June 2009. The invoice was paid for in full by

GIA Certificate No: 13024689

Rohit Gupta

Director

**MOUSSAIEFF JEWELLERS LTD**

**172 NEW BOND STREET**

**LONDON W1S 4RE**

MOUSSAIEFF JEWELLERS LIMITED
LONDON · GENEVA · HONG KONG · COURCHEVEL

172 NEW BOND STREET LONDON W1S 4RE   TELEPHONE: 020 7290 1536   FACSIMILE: 020 7495 2746   EMAIL: Info@moussaleff.co.uk   WEBSITE: www.moussaleff-jewellers.com
REGISTERED OFFICE: 2ᵗʰ FLOOR, 38 WARREN STREET, LONDON W1T 2AE   REGISTERED NUMBER: 753013   VAT REGISTRATION NUMBER: 241 2662 88

# ITEM 14



# INVOICE

20100004675 | Wednesday, Jan 6 20

## Jacob & Co.

Jacob & Co.
48 East 57th Street
New York, NY 10022
Phone: (212)719-5887
Fax: (212)768-2208

Salesperson: vadim
Referred By:

### Customer Information

**Bill-To:**

**Ship-To:**

### Statement

Account Code: 1005900

Phone 1:
Phone 2:

Transac. Type: Regular

| Item | Description | Retail Price | Disc | Qty | Charge (US |
|------|-------------|--------------|------|-----|-----------|
| 90814839 | GIA Certified Radiant Cut Fancy Yellow-Green Diamond Engagement Ring, Set with Surrounded by Pave Set Pink (1.18ct) and White (1.07ct) Diamonds. DIAMOND - Weight: 12.20; Clarity: VS2; Color: FYG; Shape: Radiant; Side Stones Weight: 2.25; METAL - Type: White Gold; Quality: 18K; Carat Weight: 12.20 | $4,000,148.00 | 77.5% | 1 | $900,000.0 |

**Total Carat Weight** 12.2

**Total Items (Qty)**

The diamonds invoiced herein have been purchased from legitimate sources and are conflict free based on personal knowledge and/or written guarantees provided by the approved suppliers of these diamonds. Only products purchased from authorized Jacob & Co. Boutiques are eligible for exchange and must satisfy the Exchanges Policy conditions found on www.jacobandco.com. ANY product personalized in ANY way or, made to custom specifications, can NOT be canceled OR exchanged, including without limitation, engraved products.

Credits issued, for any reason, MUST be used in full no later than six (6) months from the date issued. Deposits become forfeit for any balances NOT paid in full within 6 months from when initial deposit was made. The undersigned acknowledges and agrees that ALL sales are FINAL, and ALL deposits are NONREFUNDABLE. Responsibility and payment for the goods set forth in this statement is personally guaranteed by:

| | |
|---|---|
| Sub Total | $900,000.0 |
| Sales Tax | $0.0 |
| Total Charge | $900,000.0 |
| Paid-To-Date | $900,000.0 |
| Returned | $0.0 |
| Total Due | $0.0 |

Agreed & Accepted: _____ Date: _____

Page: 1 of 1

# ITEM 15



# AMIRI GEMS
المجــوهــرات الأمــيـريـــه

## SALES INVOICE

NO. **AGB180505/3**

Date:  **18/05/2005**

D.N No:  -

To,

Doha - Qatar

| REF. NO. | DESCRIPTION | QTY | NET PRICE (USD) |
|----------|-------------|-----|-----------------|
| *RS003* | *THE ROYAL DIAMOND LADIES WATCH*<br>*DIAMOND & RUBY IN YELLOW GOLD* | 1 | 100,000.00 |
| *NET TOTAL:  ONE HUNDRED THOUSAND UNITED STATES DOLLARS* | | **1 PCS** | **100,000.00** |



*Prepared By:*

*Received By:*

AMIRI GEMS W.L.L  ❤  المجــوهــرات الأمــيريــه ذ.م.م
BARWA AL SADD ❤ SUHAIM BIN HAMAD STREET ❤ P.O. BOX 376 DOHA - QATAR
T: +974 4452 0000 ❤ F: +974 4444 3607 ❤ E: info@amirigems.net ❤ www.amirigems.net

# ITEM 16

# ITEM 17



# CHATILA
JOAILLIERS
DEPUIS
1860

**DOHA, QATAR**

INVOICE

**9 MARCH 2007**

| REF. | DESCRIPTION | TOTAL US$ |
|------|-------------|-----------|
| 5F7 | DIAMOND NECKLACE SET WITH:<br>RADIANT 75.42 CTS. FANCY INTENSE YELLOW<br>GIA ALREADY IN YOUR POSSESSION | |

| | |
|---|---|
| **VERY SPECIAL EXPORT PRICE** | **$3,000,000** |



E-mail: info@chatila.com - Website: www.chatila.com
29 rue du Rhône - 1204 Genève - Tel: (4122) 319 7100 - Fax: (4122) 319 7109