



# Liquidation Value Appraisal

Prepared for: Federal Bureau of Investigation

Prepared by: Jonathan Terry, Graduate Gemologist / Scott Terry

April 12, 2023

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

1 of 61



MERIDIAN HEREBY ACCEPTS DELIVERY OF THE FOLLOWING ARTICLES FOR APPRAISAL FROM CLIENT ON THE FOLLOWING TERMS AND CONDITIONS:

The appraisal rendered here is an OPINION only as to LIQUIDATION VALUES of the items presented in their current conditions. Other appraisers or laboratories may express different opinions due to the subjective nature of diamond, colored gemstone, jewelry and watch analysis and pricing.

Our staff includes Gemological Institute of America (GIA) graduate gemologists that possess a wealth of knowledge, technical expertise and practical experience in their respective field. The appraiser(s) is able to provide a quality analysis and evaluation based on world wide accepted standards and practices. The appraiser(s) has personally inspected and identified the articles in this report. All statements of appraisal are believed to be true and correct to the best of the appraiser(s)' ability. The appraiser(s) has not knowingly omitted pertinent facts or conditions. Information, estimates, and opinions furnished by the appraiser(s) and contained in this appraisal report were obtained from sources considered reliable and believed to be true and correct. As technology and industry standards change, the descriptions and resultant evaluations may be subject to revision upon re-examination.

Mounted gemstones are graded only to the extent that the mounting permits examination. Carat, color and clarity grading of mounted stones are an approximation only. The actual carat, color, clarity and other quality features of gemstones could be different if examined out of the mounting or under a different light source.

Liquidation values reflect a potential selling price that an item may bring when a seller is in immediate need and consummation of a sale is necessary within a short time period, the items are subject to market conditions prevailing as of the date of the valuation, both the buyer and the seller are acting prudently and knowledgeably, the seller is under extreme compulsion to sell, the buyer is typically motivated, both parties are acting in what they consider to be their best interests, the seller is unable to access typical markets where a seller may achieve higher values and payments will be made in cash or its equivalent with no terms extended. Liquidation value represents the item's value in its current condition. Liquidation values are considerably lower than retail replacement values. Replacement values often reflect the cost to replace a used, altered or damaged item with a new equivalent at a high retail level of the market.

In determining the liquidation value of the articles, the appraiser(s) after determining the quality of articles, derive an opinion of value on market analysis of comparable items historic sale and current asking prices as well as secondary analysis, incorporating information from various gem reporting and pricing publications which have an acknowledged reputation of credibility among the gem, jewelry and watch trade. The appraisal does not purport to represent the actual price the owner would be able to obtain in a private or other sale, it is for a baseline understanding of potential current liquidation value.

The estimations and opinions of values of items are expressed in U.S. Dollars. 0No taxes have been incorporated into estimated appraised values.

Neither the performance of this appraisal nor the drafting of this appraisal report constitute the appraisers agreement to give expert testimony or to appear in court with reference to the appraisal or the article(s) in question. Before the appraiser(s) will act as an expert witness, specific arrangements must be made in writing.

Neither Meridian nor any of its employees, or affiliates shall be responsible for any action that may be taken in reliance on this appraisal report, and the client/lawful owner of this appraisal report agrees to hold Meridian, the appraiser(s), representatives, agents or affiliates harmless from any claims, damages, or judgements based upon the client's/lawful owners of this appraisal report use of such report. The appraiser(s) assume no responsibility for matters of a legal nature affecting the article(s) appraised or the ownership thereof. The appraiser(s) shall not be liable for any claim, damages, or judgement in connection with the appraised property or the appraiser(s)' services including but not limited to direct, indirect, incidental, punitive or consequential damages.

The client/lawful owner of this appraisal report shall defend, and hold harmless Meridian, it's employees, and the appraiser(s) from all third party liabilities, claims, costs and expenses, including reasonable attorneys' fees that arise out of or in connection with the performance or non-performance of any services by the appraiser(s) Meridian or any and all of Meridian's agents.

This certificate or the name Meridian may not be reproduced in whole or part without the expressed prior written authorization from Meridian.



## 1B1:

**13.15 carat Natural Fancy Vivid Pink VVS1 Emerald Cut Diamond in Platinum Solitaire Ring**

Accompanied by GIA Report #2225673299

Total weight in platinum solitaire 8.80 grams.



Liquidation Value: $28,000,000

MERID)IAN

## 1B2:

**Item excluded from appraisal.**

This page intentionally left blank.

Liquidation Value: -

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

4 of 61



## 1B3:

### Patek Philippe Nautilus Rose Gold and Ruby Bezel

Model#: 5723/112R-001
Serial #: 3018411 315/190
Case Material: 18 Karat Rose Gold
Bracelet: 18 Karat Rose Gold
Bezel: 32 Step Cut Rubies weighing approximately 3.08 carats
Dial: Brown with 12 Baguette Cut Rubies weighing approximately 0.24 carats total

No box or papers present.

Total weight of watch 144.9 grams.



## Liquidation Value: $600,000



## 1B4:

### Rolex Daytona in 18 Karat White Gold on Rubber Strap

Model#: 116519LN
Serial #: ZD755333
Case Material: 18 Karat White Gold
Bracelet: Rubber and 18 Karat White Gold Clasp
Bezel: Ceramic
Dial: Black with 8 single cut round diamonds weighing approximately 0.04 carats total

No box or papers present.

Total weight of watch 158.8 grams.



Liquidation Value: $36,000



## 1B5:

**103.86 carat D color Internally Flawless Clarity Cushion Brilliant Cut Natural Diamond (Loose)**

Accompanied by GIA Report #11185353



## Liquidation Value: $13,800,000

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

7 of 61



## 1B6:

**6.22 carat H color Internally Flawless Clarity Pear Brilliant Cut Natural Diamond (Loose)**

Accompanied by GIA Report #2221596798

Laser Inscription Present



Liquidation Value: $167,940



## 1B7:

**6.40 carat H color Internally Flawless Clarity Pear Brilliant Cut Natural Diamond (Loose)**

Accompanied by GIA Report #2225607043

Laser Inscription Present



Liquidation Value: $167,040

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

9 of 61



## 1B8:

### 7.03 carat D color Internally Flawless Clarity Oval Brilliant Cut Natural Diamond (Loose)

Accompanied by GIA Report #2221567355

Laser Inscription Present



Liquidation Value: $358,530

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.



## 1B9:

**3.07 carat Natural Fancy Intense Pink Internally Flawless Clarity Heart Modified Brilliant Cut Diamond**

Accompanied by GIA Report #2225639444



Liquidation Value: $1,719,200

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

11 of 61



## 1B10:

**1.07 carat G color VVS2 Clarity Round Brilliant Cut Natural Diamond (Loose)**

Accompanied by GIA Report #1226635483

Laser Inscription Present



Liquidation Value: $5,152

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

12 of 61



## 1B11:

**12.20 carat Natural Fancy Yellow-Green VS2 Clarity Radiant Cut Diamond**

Accompanied by GIA Report #16391368



Liquidation Value: $341,600

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

13 of 61



## 1B12:

### Chatila Diamond Halo Cocktail Ring Setting in Platinum and 18 Karat Yellow Gold (Missing Center Stone)

Main Stone: Missing

Diamond Count: 152 Round Brilliant Cut Natural Diamonds
Diamond Quality: D-F VVS1-VS1
Total Diamond Weight: Approximately 6.88 Carats

Metal: Platinum 950 and 18 Karat Yellow Gold

Total Weight: 15.11 grams

Stamped: Chatila / Pt950 / OR



Liquidation Value: $3,805

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.



## 1B13:

### 19.46 Carat Natural Fancy Vivid Yellow Internally Flawless Radiant Cut Diamond and Step Cut Half Moon Diamond Three Stone Ring by Kaufmann De Suisse in Platinum and 18 Karat Yellow Gold

Center Stone: 19.46 Carat Fancy Vivid Yellow Internally Flawless Radiant Cut Natural Diamond
Color: Fancy Vivid Yellow
Clarity: Internally Flawless

Accompanied by GIA Report #11152426

Side Stones: Step Cut Half Moons
Side Stone 1: Approximately 1.64 Carats E Color VS1 Clarity
Side Stone 2: Approximately 1.55 Carats F Color SI1 Clarity

Metal: Platinum 900 and 18 Karat Yellow Gold

Stamped: KAUFMANN DE SUISSE / 21941/ Pt900 / OR750






## Liquidation Value: $876,490

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.



## 1B14:

### 66.05 Carat Natural Fancy Intense Yellow VS1 Clarity Radiant Cut Diamond Solitaire Ring by Jacob & Co. in 18 Karat Yellow Gold

Center Stone: 66.05 Carat Fancy Intense Yellow VS1 Clarity Radiant Cut Natural Diamond
Color: Fancy Intense Yellow
Clarity: VS1

Accompanied by GIA Report #16164806

Metal: 18 Karat Yellow Gold

Total Weight: 12.71 grams

Stamped: Jacob & Co. / 18K






Liquidation Value: $2,114,119

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

16 of 61



## 1B15:

**Chatila Diamond Double Halo Cocktail Ring Setting in Platinum and 18 Karat Yellow Gold (Missing Center Stone)**

Main Stone: Missing

Diamond Count: 90 Round Brilliant Cut Natural Diamonds
Diamond Quality: D-F VVS1-VS1
Total Diamond Weight: Approximately 10.98 Carats

Metal: Platinum 950 and 18 Karat Yellow Gold

Total Weight: 20.37  grams

Stamped: Chatila / Pt950



## Liquidation Value: $5,990



## 1B16:

### 46.51 Carat Natural Burma No Heat Blue Sapphire Cushion Cut and Triangular Step Cut Diamond Three Stone Ring in Platinum

Accompanied by Gubelin Report# 970515

Center Stone: 46.49 Carat No Heat Natural Blue Sapphire
Color: Blue
Clarity: Eye Clean

Side Stones: Triangular Step Cuts
Side Stone 1: Approximately 1.33 Carats D Color VS1 Clarity
Side Stone 2: Approximately 1.46 Carats D Color VS2 Clarity

Metal: Platinum 950

Total Weight: 11.48 grams

Stamped: "RLG" / PT950





Liquidation Value: $1,500,196

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

18 of 61



## 1B17:

**33.34 Carat D Color Flawless Cushion Brilliant Cut Natural Diamond and Trilliant Cut Diamond Three Stone Ring by Graff in Platinum**

Center Stone: 33.34 Carat Natural Diamond
Color: D
Clarity: Flawless

Accompanied by GIA Report

Side Stones: Trilliant Cuts
Side Stone 1: Approximately 1.63 Carats D Color VVS1 Clarity
Side Stone 2: Approximately 1.54 Carats D Color VVS2 Clarity

Metal: Platinum

Total Weight: 11.66 grams

Stamped: GRAFF / 42.67 DFL






## Liquidation Value: $2,962,350

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

19 of 61



## 1B18:

### Epaulette Cut Natural Diamond Three Stone Ring Setting in Platinum (Missing Center Stone)

Main Stone: Missing

Side Stones: Epaulette Cut
Side Stone 1: Approximately 2.13 Carats D Color VS1 Clarity
Side Stone 2: Approximately 2.27 Carats D Color VS2 Clarity

Metal: Platinum

Total Weight: 10.33 grams

Stamped: 20.08 CT / PT 950

Stated to be Moussaieff






## Liquidation Value: $44,357

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

20 of 61



## 1B19:

**4.15 carat E color VVS2 Clarity Emerald Cut Natural Diamond (Loose)**

Accompanied by GIA Report #5171362242



Liquidation Value: $81,672

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

21 of 61



## 1B20:

**4.27 carat E color VVS2 Clarity Emerald Cut Natural Diamond (Loose)**

Accompanied by GIA Report #6223274079



Liquidation Value: $84,034

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

22 of 61



## 1B21:

### Disassembled Significant Multi Natural Diamond and Platinum Necklace by Graff

Metal Weight: 150.30 grams

Metal: Platinum

Stamped: GRAFF / 6198 / GRAFF / 8.57 DIF / PT950

| Stone # | Carat | Color | Clarity | Shape | GIA Report # | Inscription |
|---------|-------|-------|---------|-------|--------------|-------------|
| 1 | 8.22 | H | IF | Radiant | 1226573531 | GIA# |
| 2 | 5.03 | F | VS2 | Pear Shape | 2225691059 | GIA# |
| 3 | 5.01 | E | VS2 | Pear Shape | 2225712747 | GIA# |
| 4 | 5.01 | G | VS1 | Round Brilliant | 2225614869 | GIA# |
| 5 | 4.67 | F | VS1 | Round Brilliant | 2225644210 | GIA# |
| 6 | 4.34 | F | VS1 | Round Brilliant | 2225713256 | GIA# |
| 7 | 4.16 | G | VS1 | Emerald Cut | 2225668881 | GIA# |
| 8 | 4.12 | G | VVS2 | Emerald Cut | 2223668880 | GIA# |
| 9 | 3.10 | D | VVS1 | Round Brilliant | 2221717033 | GIA# |
| 10 | 3.02 | E | VVS2 | Emerald Cut | 5222711188 | GIA# |
| 11 | 2.50 | E | VVS1 | Round Brilliant | 2115612664 | None |
| 12 | 2.32 | D | VS2 | Round Brilliant | 1226716800 | GIA # |
| 13 | 2.31 | E | VS1 | Round Brilliant | 6227716805 | GIA # |
| 14 | 2.20 | H | VVS2 | Emerald Cut | 14775476 | GIA # / GRAFF |
| 15 | 2.14 | H | VS2 | Emerald Cut | 14823080 | GIA # / GRAFF |
| 16 | 2.14 | G | IF | Emerald Cut | 1112228753 | None |
| 17 | 2.07 | F | VS2 | Marquise | 14339998 | None |
| 18 | 2.04 | F | IF | Emerald Cut | 14458721 | None |
| 19 | 2.03 | E | SI1 | Emerald Cut | 14805524 | GIA # / GRAFF |

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

23 of 61



| Stone # | Carat | Color | Clarity | Shape | GIA Report # | Inscription |
|---------|-------|-------|---------|-------|--------------|-------------|
| 20 | 2.02 | H | VS1 | Emerald Cut | 14805531 | GIA # / GRAFF |
| 21 | 2.01 | G | IF | Emerald Cut | 11753882 | None |
| 22 | 2.01 | D | VS1 | Marquise | 13920062 | None |
| 23 | 1.87 | G | VS1 | Emerald Cut | 1112130681 | None |
| 24 | 1.85 | I | VS1 | Round Brilliant | 13380369 | GIA # / GRAFF |
| 25 | 1.78 | F | VVS2 | Emerald Cut | 14807214 | GIA # / GRAFF |
| 26 | 1.77 | I | VS1 | Emerald Cut | 14617870 | GIA # / GRAFF |
| 27 | 1.69 | G | VVS2 | Emerald Cut | 2105965058 | None |
| 28 | 1.66 | G | VS1 | Round Brilliant | 1112246061 | None |
| 29 | 1.60 | F | VS1 | Round Brilliant | 14815583 | GIA # / GRAFF |
| 30 | 1.57 | H | VVS2 | Round Brilliant | 14772842 | GIA # / GRAFF |
| 31 | 1.56 | F | VS2 | Emerald Cut | 14315227 | GIA # / GRAFF |
| 32 | 1.55 | G | VS2 | Emerald Cut | 5222725640 | GIA # |
| 33 | 1.54 | H | VVS2 | Round Brilliant | 14833105 | GIA # / GRAFF |
| 34 | 1.53 | J | VS2 | Emerald Cut | 14803700 | GIA # / GRAFF |
| 35 | 1.53 | F | VS1 | Emerald Cut | 14803747 | GIA # / GRAFF |
| 36 | 1.52 | I | VS1 | Emerald Cut | 14827899 | GIA # / GRAFF |
| 37 | 1.52 | H | VS1 | Emerald Cut | 14793803 | GIA # / GRAFF |
| 38 | 1.52 | H | SI1 | Emerald Cut | 14789525 | GIA # / GRAFF |
| 39 | 1.52 | H | VS1 | Round Brilliant | 2115246036 | None |
| 40 | 1.52 | F | IF | Pear Shape | 14434355 | None |
| 41 | 1.51 | I | VS1 | Emerald Cut | 14807659 | GIA # / GRAFF |
| 42 | 1.51 | F | VVS2 | Round Brilliant | 14831635 | GIA # / GRAFF |
| 43 | 1.51 | D | VVS2 | Round Brilliant | 2105355153 | None |
| 44 | 1.51 | H | VS1 | Round Brilliant | 12126925 | GIA # / GRAFF/HOPE |
| 45 | 1.51 | F | VS2 | Emerald Cut | No Report Present | None |

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

24 of 61



| Stone # | Carat | Color | Clarity | Shape | GIA Report # | Inscription |
|---------|-------|-------|---------|-------|--------------|-------------|
| 46 | 1.50 | G | VS2 | Round Brilliant | 2115246035 | None |
| 47 | 1.50 | G | VS1 | Round Brilliant | 1109298123 | GIA # |
| 48 | 1.50 | F | VVS2 | Round Brilliant | 5111228826 | None |
| 49 | 1.35 | I | VVS2 | Emerald Cut | 14803731 | GIA # / GRAFF |
| 50 | 1.34 | G | VS2 | Round Brilliant | 14728704 | GIA # / GRAFF |
| 51 | 1.34 | H | VS2 | Round Brilliant | 14815616 | GIA # / GRAFF |
| 52 | 1.31 | G | VS1 | Emerald Cut | 14823209 | GIA # / GRAFF |
| 53 | 1.30 | H | VVS1 | Round Brilliant | 14821104 | GIA # / GRAFF |
| 54 | 1.30 | H | VS1 | Round Brilliant | 14803145 | GIA # / GRAFF |
| 55 | 1.28 | G | VS2 | Round Brilliant | 14799719 | GIA # / GRAFF |
| 56 | 1.28 | F | VVS2 | Marquise | 14819875 | GIA # / GRAFF |
| 57 | 1.28 | H | VS2 | Round Brilliant | 14813171 | GIA # / GRAFF |
| 58 | 1.22 | I | IF | Emerald Cut | 14817890 | GIA # / GRAFF |
| 59 | 1.21 | H | VS1 | Emerald Cut | 14771835 | GIA # / GRAFF |
| 60 | 1.21 | H | VS2 | Round Brilliant | 14821090 | GIA # / GRAFF |
| 61 | 1.20 | G | VVS2 | Emerald Cut | 14801758 | GIA # / GRAFF |
| 62 | 1.19 | H | VS2 | Round Brilliant | 14799156 | GIA # / GRAFF |
| 63 | 1.18 | D | VS2 | Marquise | 14427480 | None |
| 64 | 1.18 | E | VS2 | Marquise | 14901787 | None |
| 65 | 1.13 | G | VS2 | Round Brilliant | 14789278 | GIA # / GRAFF |
| 66 | 1.11 | H | VS1 | Emerald Cut | 14831381 | GIA # / GRAFF |
| 67 | 1.11 | H | IF | Emerald Cut | 14815714 | GIA # / GRAFF |
| 68 | 1.09 | H | VVS2 | Emerald Cut | 14773766 | GIA # / GRAFF |
| 69 | 1.09 | I | VS1 | Emerald Cut | 14803691 | GIA # / GRAFF |
| 70 | 1.09 | G | SI1 | Round Brilliant | 14799941 | GIA # / GRAFF |
| 71 | 1.09 | G | VS2 | Round Brilliant | 14807631 | GIA # / GRAFF |

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

25 of 61



| Stone # | Carat | Color | Clarity | Shape | GIA Report # | Inscription |
|---------|-------|-------|---------|-------|--------------|-------------|
| 72 | 1.09 | H | VS1 | Round Brilliant | 14813165 | GIA # / GRAFF |
| 73 | 1.08 | J | VVS1 | Emerald Cut | 14773910 | GIA # / GRAFF |
| 74 | 1.08 | G | VVS1 | Emerald Cut | 14801614 | GIA # / GRAFF |
| 75 | 1.08 | I | VVS1 | Emerald Cut | 14831377 | GIA # / GRAFF |
| 76 | 1.08 | G | VS1 | Round Brilliant | 14813117 | GIA # / GRAFF |
| 77 | 1.06 | G | VS2 | Round Brilliant | 14728679 | GIA # / GRAFF |
| 78 | 1.06 | I | VS2 | Emerald Cut | 14801595 | GIA # / GRAFF |
| 79 | 1.06 | E | VS2 | Marquise | 14797010 | GIA # / GRAFF |
| 80 | 1.06 | H | VVS2 | Emerald Cut | 14793800 | GIA # / GRAFF |
| 81 | 1.05 | G | VVS1 | Emerald Cut | 14815520 | GIA # / GRAFF |
| 82 | 1.05 | G | VVS2 | Emerald Cut | 14799597 | GIA # / GRAFF |
| 83 | 1.05 | G | VVS2 | Round Brilliant | 14807111 | GIA # / GRAFF |
| 84 | 1.05 | H | VS1 | Round Brilliant | 14807022 | GIA # / GRAFF |
| 85 | 1.05 | G | VS2 | Round Brilliant | 14813113 | GIA # / GRAFF |
| 86 | 1.04 | I | VVS1 | Emerald Cut | 14803715 | GIA # / GRAFF |
| 87 | 1.04 | H | VVS2 | Emerald Cut | 14801600 | GIA # / GRAFF |
| 88 | 1.04 | G | VS2 | Marquise | 12744419 | None |
| 89 | 1.04 | H | VS1 | Round Brilliant | 14813157 | GIA # / GRAFF |
| 90 | 1.04 | H | IF | Round Brilliant | 14807482 | GIA # / GRAFF |
| 91 | 1.03 | H | VVS2 | Emerald Cut | 14803707 | GIA # / GRAFF |
| 92 | 1.03 | D | VS1 | Marquise | 14899796 | None |
| 93 | 1.02 | G | VS1 | Round Brilliant | 14789285 | GIA # / GRAFF |
| 94 | 1.02 | J | VS1 | Emerald Cut | 14803716 | GIA # / GRAFF |
| 95 | 1.02 | I | VVS2 | Emerald Cut | 13799384 | GIA # / GRAFF |
| 96 | 1.02 | H | VS1 | Emerald Cut | 14821126 | GIA # / GRAFF |
| 97 | 1.02 | H | VS1 | Round Brilliant | 14813155 | GIA # / GRAFF |

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

26 of 61



| Stone # | Carat | Color | Clarity | Shape | GIA Report # | Inscription |
|---------|-------|-------|---------|-------|--------------|-------------|
| 98 | 1.02 | H | SI1 | Round Brilliant | 14807051 | GIA # / GRAFF |
| 99 | 1.02 | J | VVS2 | Emerald Cut | 14771830 | GIA # / GRAFF |
| 100 | 1.02 | I | VVS2 | Emerald Cut | 14807195 | GIA # / GRAFF |
| 101 | 1.02 | G | VVS1 | Round Brilliant | 14728703 | GIA # / GRAFF |
| 102 | 1.02 | I | VS1 | Emerald Cut | 14773900 | GIA # / GRAFF |
| 103 | 1.02 | D | VS1 | Pear Shape | No Report Present | None |
| 104 | 1.01 | I | VS1 | Emerald Cut | 14803714 | GIA # / GRAFF |
| 105 | 1.01 | G | VVS2 | Round Brilliant | 14799964 | GIA # / GRAFF |
| 106 | 1.01 | H | VS2 | Round Brilliant | 14851132 | GIA # / GRAFF |
| 107 | 1.01 | G | VS2 | Round Brilliant | 14833122 | GIA # / GRAFF |
| 108 | 1.01 | G | VS1 | Emerald Cut | 14707089 | GIA # / GRAFF |
| 109 | 1.01 | J | SI1 | Emerald Cut | 14803704 | GIA # / GRAFF |
| 110 | 1.01 | H | VVS2 | Emerald Cut | 14623800 | GIA # / GRAFF |
| 111 | 1.01 | H | VS1 | Round Brilliant | 14807630 | GIA # / GRAFF |
| 112 | 1.01 | G | VS1 | Round Brilliant | 14807108 | GIA # / GRAFF |
| 113 | 1.01 | H | VS2 | Emerald Cut | 13390224 | GIA # / GRAFF |
| 114 | 1.01 | D | VS2 | Pear Shape | 14363704 | GIA # |
| 115 | 1.01 | H | VS1 | Round Brilliant | 14851424 | GIA # / GRAFF |
| 116 | 1.01 | E | VS1 | Marquise | No Report Present | None |
| 117 | 1.00 | H | VS1 | Round Brilliant | 14799961 | GIA # / GRAFF |
| 118 | 1.00 | G | VS1 | Emerald Cut | 14807656 | GIA # / GRAFF |
| 119 | 1.00 | G | VVS2 | Round Brilliant | 14813111 | GIA # / GRAFF |
| 120 | 0.98 | D | VS2 | Marquise | No Report Present | None |
| 121 | 0.91 | I | VS1 | Emerald Cut | No Report Present | None |
| 122 | 0.83 | F | VS1 | Marquise | No Report Present | None |
| 123 | 0.82 | E | VS1 | Marquise | No Report Present | None |



| Stone # | Carat | Color | Clarity | Shape | GIA Report # | Inscription |
|---------|-------|-------|---------|-------|--------------|-------------|
| 124 | 0.77 | H | VS2 | Emerald Cut | No Report Present | None |
| 125 | 0.75 | G | VS1 | Round Brilliant | 14508129 | GIA # |
| 126 | 0.74 | D | VS2 | Marquise | No Report Present | None |
| 127 | 0.73 | G | VS1 | Emerald Cut | No Report Present | None |
| 128 | 0.72 | H | VS1 | Marquise | No Report Present | None |
| 129 | 0.72 | G | VS1 | Emerald Cut | No Report Present | None |
| 130 | 0.72 | F | VS2 | Marquise | No Report Present | None |
| 131 | 0.71 | G | VS1 | Round Brilliant | 14508784 | GIA # |
| 132 | 0.70 | F | VS2 | Marquise | No Report Present | None |
| 133 | 0.70 | G | VS2 | Round Brilliant | 14208625 | GIA # |
| 134 | 0.70 | G | VS1 | Round Brilliant | 14216498 | GIA # |
| 135 | 0.70 | G | VS2 | Round Brilliant | 13753717 | GIA # |
| 136 | 0.70 | G | VS2 | Round Brilliant | 14209773 | GIA # |
| 137 | 0.70 | G | VS2 | Round Brilliant | 13636995 | GIA # |
| 138 | 0.70 | G | VS1 | Round Brilliant | 14508116 | GIA # |
| **Total** | **205.31** | | | | | |







Liquidation Value: $1,764,216

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

28 of 61



## 1B22A:

**75.42 carat Natural Fancy Intense Yellow SI1 Clarity Cushion Modified Brilliant Cut Diamond (Loose) from Disassembled Significant Multi White and Yellow Diamond and Platinum Necklace (Necklace/Metal Not Present)**

Accompanied by GIA Report #13779459



Liquidation Value: $2,111,760

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.



## 1B22B:

**Multiple Loose Natural Diamonds From Disassembled Significant Multi White and Yellow Diamond and Platinum Necklace (Necklace/Metal Not Present)**

| Stone # | Carat | Color | Clarity | GIA Report # | Inscription |
|---------|-------|-------|---------|--------------|-------------|
| 1 | 2.11 | Fancy Intense Yellow | VS1 | 13259925 | GIA # |
| 2 | 2.03 | Fancy Intense Yellow | VS2 | 13273343 | GIA # |
| 3 | 1.26 | Fancy Intense Yellow | SI1 | 13762757 | GIA # |
| 4 | 1.26 | Fancy Intense Yellow | VS2 | 13275934 | GIA # |
| 5 | 1.13 | Fancy Intense Yellow | VS1 | 12368313 | GIA # |
| 6 | 1.12 | Fancy Intense Yellow | VS2 | 13361504 | GIA # |
| 7 | 1.12 | Fancy Intense Yellow | VVS1 | 13273380 | GIA # |
| 8 | 1.07 | Fancy Intense Yellow | VS2 | 11863968 | GIA # |
| 9 | 1.02 | Fancy Intense Yellow | SI1 | 12535234 | GIA # |
| 10 | 1.02 | Fancy Intense Yellow | Color Only Report | 12268881 | GIA # |
| 11 | 1.02 | Fancy Intense Yellow | Color Only Report | 12296647 | GIA # |
| 12 | 1.01 | Fancy Intense Yellow | VS2 | 13177468 | GIA # |
| 13 | 1.01 | Fancy Intense Yellow | VS1 | 12535227 | GIA # |
| 14 | 1.01 | Fancy Intense Yellow | Color Only Report | 11863987 | GIA # |
| 15 | 1.00 | Fancy Intense Yellow | Color Only Report | 11770746 | GIA # |
| 16 | 1.00 | Fancy Intense Yellow | VS2 | 12535221 | GIA # |
| 17 | 1.00 | Fancy Intense Yellow | VS2 | 13273390 | GIA # |
| **Total** | | | | | |

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

30 of 61



## 1B22B: CONTINUED

**Multiple Loose Natural Diamonds From Disassembled Significant Multi White and Yellow Diamond and Platinum Necklace (Necklace/Metal Not Present)**

| # of Stones | Carat Total Weight | Average Size | Color | Clarity | Shape |
|-------------|--------------------|--------------| ------|---------|-------|
| 18 | 12.51 | 0.70 | F | VVS-VS | Pear Shape |
| 36 | 19.65 | 0.55 | D-F | VVS-VS | Marquise |
| 149 | 37.43 | 0.25 | D-F | VVS-VS | Round Brilliant |
| **Total** | **69.59** | | | | |



Liquidation Value: $101,650

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.



## 1B23:

### 30.38 Carat Natural No Heat Blue Sapphire Oval Shape and Round Brilliant Cut Diamond Three Stone Ring in 18 Karat White Gold by Alfardan

Center Stone: 30.38 Carat No Heat Natural Blue Sapphire
Color: Royal Blue
Clarity: Eye Clean

Diamond Count: 16 Round Brilliant Cut Natural Diamonds
Diamond Quality: D-E VVS1-VS1
Total Diamond Weight: Approximately 4.06 carats

Metal: 18 Karat White Gold

Total Weight: 14.96 grams

Stamped: 750 / 18K / "(Alfardan Jewelry Logo)"

 



## Liquidation Value: $245,694

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

32 of 61



## 1B24:

### Chatila Multi Oval Brilliant and Round Brilliant Cut Natural Diamond and White Gold Necklace

Main Stone: Missing

Secondary Stones: (Diamonds)

| # of Stones | Carat Total Weight | Average Carat | Color | Clarity | Shape |
|---|---|---|---|---|---|
| 1 | 1.40 | 1.40 | F | VS2 | Oval |
| 10 | 6.50 | 0.65 | D-F | VVS-VS | Oval |
| 6 | 3.30 | 0.55 | D-F | VVS-VS | Oval |
| 17 | 3.40 | 0.20 | D-F | VVS-VS | Oval |
| 1 | 0.80 | 0.80 | E | VS1 | Round |
| 10 | 4.00 | 0.40 | D-F | VVS-VS | Round |
| 4 | 1.20 | 0.30 | D-F | VVS-VS | Round |
| 16 | 4.00 | 0.25 | D-F | VVS-VS | Round |
| **Total** | **24.60 Carats** | | | | |

Metal: 18 Karat White Gold

Total Weight: 38.4 grams

Stamped: CHATILA / 750



## Liquidation Value: $34,242

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

33 of 61



## 1B25:

### Rolex Day Date II "President" in Platinum with Original Maroon Dial Arabic Day/Date Wheels (Piece Unique)

Model #: 218206

Serial #: 79P296Z2

Year: 2011

Case Material: Platinum 950

Bracelet: Platinum 950

Dial: Maroon

Case back engraved: "No. 3"

No box present.

Original Rolex warranty card present.

Total weight of watch 269.9 grams.



## Liquidation Value: $124,000

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

34 of 61



## 1B26:

### Multi Shape Natural Diamond and Platinum Halo Ring Setting (Missing Center Stone)

| Stone # | Carat (Approx) | Color | Clarity | Shape |
|---------|----------------|-------|---------|-------|
| 1 | 1.11 | D | VVS1 | Heart |
| 2 | 1.09 | D | VS1 | Heart |
| 3 | 1.01 | E | VS1 | Heart |
| 4 | 1.05 | D | VS1 | Heart |
| 5 | 0.93 | D | VS1 | Pear |
| 6 | 0.85 | D | VVS2 | Pear |
| 7 | 1.00 | D | VS1 | Pear |
| 8 | 0.97 | D | VS2 | Pear |
| 9 | 0.26 | D | VS1 | Round |
| 10 | 0.26 | D | VS1 | Round |
| 11 | 0.26 | D | VS1 | Round |
| 12 | 0.26 | D | VS1 | Round |
| **Total** | 9.05 Carats | | | |

Center Stone: Missing

Metal: Platinum 950

Total Weight: 14.15 grams

Stamped: PT950 / 17.42 CT



## Liquidation Value: $35,283

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

35 of 61



## 1B27:

### Vacheron Constantin Traditionnelle World Time - 3 Piece Set (Limited to 20 Sets)

**Watch 1:** Vacheron Constantin Traditionnelle World Time in
18 Karat White Gold
Model #: 86060/000G-B302
Serial #: 1360043
Year: 2016
Total Weight: 135.3 grams



**Watch 2:** Vacheron Constantin Traditionnelle World Time in
18 Karat Pink Gold
Model #: 86060/000R-B301
Serial #: 1300749
Year: 2016
Total Weight: 133.3 grams




**Watch 3:** Vacheron Constantin Traditionnelle World Time in
Platinum 950
Model #: 86060/000P-300
Serial #: 1242366
Year: 2016
Total Weight: 158.5 grams

Original Box, Warranty Paperwork, USB's, "Passports"
and Additional Documentation Present.

Box embellished with engraved plaques:
Quantieme Casablanca / A limited edition of twenty sets
For the sixtieth Independence anniversary of the
Kingdom of Morocco.



## Liquidation Value: $128,000

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.



## 1B28:

### Cartier "Colisee" Desk/Travel Clock

Serial# 0568867

Original Cartier Box and Papers Present.

Cartier box embellished with The Coat of Arms of the State of Qatar.

Metal: Brass

Stones: 2 x Synthetic Sapphire Cabochons

Missing battery cover.





Liquidation Value: $350

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

37 of 61



## 1B29:

### Cartier "Secret Watch" Ball Point Pen

Serial# 1322/2000

Original Cartier Box and Papers Present.

Cartier box embellished with The Coat of Arms of the State of Qatar.

Metal: Stainless Steel

 



## Liquidation Value: $500

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

38 of 61



## 1B30:

### Cartier "Secret Watch" Ball Point Pen

Serial# 1115/2000

Original Cartier Box and Papers Present.

Cartier box embellished with The Coat of Arms of the State of Qatar.

Metal: Stainless Steel





## Liquidation Value: $500

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

39 of 61

MERID)IAN

## 1B31:

**Item excluded from appraisal.**

This page intentionally left blank.

Liquidation Value: -



## 1B32:

### Cartier "Art Deco Chinese Prestige" Collection

3 x Cartier "Art Deco Chinese Prestige" Fountain Pens in Stainless Steel and Black Enamel with 18 Karat White Gold Nibs and Carved Green Nephrite Cap and Endpiece

Serial #'s:

0444/0888

0333/0888

0149/0888

2 x Cartier "Art Deco Chinese Prestige" Lighters Stainless Steel and Black Enamel / Brass and Black Enamel

Serial #'s:

296719

321750

1 x Cartier "Art Deco Chinese Prestige" Desk/Travel Clock Stainless Steel and Black Enamel with 1 Cabochon Synthetic Sapphire Crown and 1 Missing Crown.

Serial #:

184430GD

No box or papers present.



## Liquidation Value: $5,000

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

41 of 61



## 1B33:

### Christophe Claret Rialto in White Gold with Sapphire Bezel (Piece Unique)

Model#: MTR.ARC97.009-017.OG.PU
Serial #: OG10ARC97
Year: 2016
Case Material: 18 Karat White Gold
Bracelet: Leather
Bezel: 36 Step Cut Sapphires weighing 4.82 carats
Lugs: 16 Step Cut Sapphires weighing 2.14 carats
Dial: Silver

Box and papers present.

Total weight of watch: 172.6 grams.






## Liquidation Value: $75,600

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

42 of 61



## 1B34:

### Cartier Pasha in Stainless Steel with Arabic Dial

Model #: WSPA0022
Serial #: 4266283947AX
Year: 2022
Case Material: Steel
Bracelet: Steel
Dial: Green
Crown: Synthetic Spinel Cabochon / Synthetic Sapphire Cabochon

Box and Original Warranty Card present.

Green alligator strap and deployant buckle included in box.

Total weight of watch: 142.7 grams





## Liquidation Value: $7,000

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.



## 1B35:

### Cartier Art Deco Chinese Prestige Pen, Prestige Dragon Pen, Cufflink and Ashtray Collection

Cartier "Art Deco Chinese Prestige" Fountain Pen in Stainless Steel and Black Enamel with 18 Karat White Gold Nib and Carved Green Nephrite Cap and Endpiece

Serial #:

0035/0888

Cartier "Prestige Dragon" Fountain Pen in Sterling Silver

Serial #:

072/888

Cartier Dragon de Cartier Porcelain Ash/Trinket Tray by "Art Deco Chinese Prestige" by Limoges




Cartier Dragon Motif Cufflinks in Sterling Silver

Original Cartier Box present.



Liquidation Value: $7,850

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

44 of 61



## 1B36:

### Cartier Exceptional Tiger Fountain Pens in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter

Cartier Tiger Fountain Pens in Sterling Silver and Black Enamel with 18 Karat White Gold Nib and Pear Shape Aqumarine Eyes

Pen 1:

Serial #: 064/100

Metal: Sterling Silver Body / 18 Karat Gold Nib

Gemstones: Aquamarine x 2 - 0.42 Carats

Total Weight: 260 grams

Pen 2:

Serial #: 072/100

Metal: Sterling Silver Body / 18 Karat Gold Nib

Gemstones: Aquamarine x 2 - 0.42 Carats

Total Weight: 260 grams

Cartier Logo Lines Lighter:

Metal: Steel

Original Cartier Box present.






## Liquidation Value: $49,350

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

45 of 61



## 1B37:

### Cartier "Art Deco Chinese Prestige" Collection

2 x Cartier "Art Deco Chinese Prestige" Fountain Pens in Stainless Steel and Black Enamel with 18 Karat White Gold Nibs and Carved Green Nephrite Cap and Endpiece

Serial #'s:

0043/0888

0189/0888

Cartier "Art Deco Chinese Prestige" Lighter Stainless Steel and Black Enamel

Serial #:

317016

Cartier "Art Deco Chinese Prestige" Desk/Travel Clock Stainless Steel and Black Enamel with 2 Cabochon Synthetic Sapphire on Crowns

Serial #:

184374GD

Original Cartier Box present.



## Liquidation Value: $3,500

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

46 of 61



## 1B38A:

### Patek Philippe Nautilus

Model #: 5722G-001
Serial #: 3176676 240/164
Case Material: 18 Karat White Gold
Bracelet: Leather
32 Step Cut Diamonds weighing approximately 5.20 carats

No box or papers present.

Total weight of watch: 133.7 grams





## Liquidation Value: $180,000

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.



## 1B38B:

### Cartier Santos Dumont

Model #: WH100351
Serial #: 629361NX
Metal: 18 Karat Rose Gold
Bracelet: Leather
59 Round Brilliant Cut Diamonds weighing approximately 2.63 carats

No box or papers present.

Total weight of watch: 53.5 grams





## Liquidation Value: $10,000

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

48 of 61



## 1B38C:

### Patek Philippe Calatrava

Model #: 5212A
Serial #: 7159859 26-330
Case Material: Stainless Steel
Bracelet: Leather

No box or papers present.

Total weight of watch: 59.2 grams





## Liquidation Value: $36,000

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

49 of 61



## 1B38D:

### Chopard Classic

Model #: 868 1
Serial #: 439568 17/3114
Case Material: Platinum
Bracelet: Leather
40 Round Cut Diamonds weighing approximately 3.56 carats

No box or papers present.

Total weight of watch: 34.1 grams





## Liquidation Value: $4,060

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

50 of 61



## 1B38E:

**Cartier Trinity Bracelet**

Serial #: GQO791

Metal: 18 Karat White, Yellow and Rose Gold

Total Weight: 63.1 grams





Liquidation Value: $3,100

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.



## 1B38F:

### Diamond and Platinum Ring Setting Missing Center Stone

Main Stone: Missing

Side Stones: Natural Diamonds D-E Color VVS-VS Clarity

Baguette Cut Diamonds: 4 Stones - Approximately 1.28 Carats Total

Round Brilliant Cut Diamonds: 26 Stones - Approximately 2.18 Carats Total

Total Combined Diamond Weight: Approximately 3.46 carats

Metal: Platinum

Total Weight: 10.7 grams

Engraved: H 50.71



Liquidation Value: $1,990

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.



## 1B38G:

### Natural Ruby and Diamond Enhancer For Tiara or Necklace (Disassembled)

Center Stone: 4.58 Carat Burma No Heat Ruby Cushion Cut

Color: Red

Clarity: Near Eyeclean

Natural Diamonds:

| Stone # | Carat | Color | Clarity | Shape |
|---------|-------|-------|---------|-------|
| 1 | 1.57 | I | VS1 | Oval |
| 2 | 1.51 | G | VS2 | Oval |
| 3 | 1.34 | H | VS1 | Oval |
| 4 | 1.28 | K | VS1 | Oval |
| 5 | 1.26 | G | VS1 | Oval |
| 6 | 1.23 | G | VS1 | Oval |
| 7 | 1.12 | F | VS1 | Oval |
| **Total** | 9.31 Carats | | | |

Metal: Platinum

Total Weight: 7.1 grams



## Liquidation Value: $440,640

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

53 of 61



## 1B38H:

### Chopard Misbaha in 18 Karat White Gold, Sapphire and Diamond

Sapphires: Natural Royal Blue

Round Cut Sapphires: 3078 Stones - Approximately 30.78 Carats Total

Diamonds: D-E Color VVS-VS Clarity

Round Brilliant Cut Diamonds: 127 Stones - Approximately 2.53 Carats Total

Metal: 18 Karat White Gold

Total Weight: 100.7 grams

Engraved: Montega / "Chopard C Logo" / 750






## Liquidation Value: $7,922

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

54 of 61



# 1B39:

## A. Lange & Sohne Tourbograph Perpetual "Pour le Merite"

Model #: 706.025FE
Serial #: 233028 13150
Year: 2019
Case Material: Platinum
Bracelet: Leather

Origianal box and papers present.

Box embellished with placard engraved: TOURBOGRAPH PERPETUAL "POUR LE MERITE IN PLATINUM NO. 31/50 A. LANGE & SOHNE GLASHUTTE I/SA

Total weight of watch: 234.4 grams





## Liquidation Value: $259,000

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

55 of 61



## 1B40:

**Cartier Exceptional Tiger Fountain Pen in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter**

Cartier Tiger Fountain Pen in Sterling Silver and Black Enamel with 18 Karat White Gold Nib and Pear Shape Aqumarine Eyes

Serial #: 046/100

Metal: Sterling Silver Body / 18 Karat Gold Nib

Gemstones: Aquamarine x 2 - 0.42 Carats

Total Weight: 260 grams

Cartier Logo Lines Lighter:

Metal: Steel

Original Cartier Box present.





## Liquidation Value: $24,850



## 1B41:

### Cartier Exceptional Tiger Fountain Pen in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter

*DAMAGED* Cartier Tiger Fountain Pen in Sterling Silver and Black Enamel with 18 Karat White Gold Nib and Pear Shape Aqumarine Eyes

Serial #: 058/100

Metal: Sterling Silver Body / 18 Karat Gold Nib *DAMAGED*

Gemstones: Aquamarine x 2 - 0.42 Carats

Total Weight: 260 grams

Cartier Logo Lines Lighter:

Metal: Steel

Original Cartier Box present.






## Liquidation Value: $23,450

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

57 of 61



## 1B42:

### Mellerio dits Meller Chevaux de Légende Rock Crystal, Gold, Diamond, Emerald, Malachite, Coral, Lapis Lazuli, Agate and Obsidian Horse Sculpture

*DAMAGED* Ears broken off (in bag in box) Bird has fallen off (glued on/repairable)

Original box and key present.





## Liquidation Value: $25,000



## 1B43:

### 3 Gold Bars - 1 Kilogram Each

Bar 1 -

Metalor

1 Kilo Gold 999.9

Assayers Melters

Serial #: 22151857

Bar 2 -

Stamped:

Metalor

1 Kilo Gold 999.9

Assayers Melters

Serial #: 22121828

Bar 3 -

Asahi Refining Canada

1 Kilo Fine Gold 9999

Serial #: 22A01691



## Liquidation Value: $178,014

This appraisal is validated when recipient has read and agrees to the conditions on page 2 of this report.

59 of 61

## Summary of Values

| 1B | Total $ |
|---|---|
| 1 | $28,000,000.00 |
| 2 | $0.00 |
| 3 | $600,000.00 |
| 4 | $36,000.00 |
| 5 | $13,800,000.00 |
| 6 | $167,940.00 |
| 7 | $167,040.00 |
| 8 | $358,530.00 |
| 9 | $1,719,200.00 |
| 10 | $5,152.00 |
| 11 | $341,600.00 |
| 12 | $3,805.00 |
| 13 | $876,490.00 |
| 14 | $2,114,119.00 |
| 15 | $5,990.00 |
| 16 | $1,500,196.00 |
| 17 | $2,962,350.00 |
| 18 | $44,357.00 |
| 19 | $81,672.00 |
| 20 | $84,034.00 |
| 21 | $1,764,216.00 |
| 22 | $2,213,410.00 |



| 1B | Total $ |
|---|---|
| 23 | $245,694.00 |
| 24 | $34,242.00 |
| 25 | $124,000.00 |
| 26 | $35,283.00 |
| 27 | $128,000.00 |
| 28 | $350.00 |
| 29 | $500.00 |
| 30 | $500.00 |
| 31 | $0.00 |
| 32 | $5,000.00 |
| 33 | $75,600.00 |
| 34 | $7,000.00 |
| 35 | $7,850.00 |
| 36 | $49,350.00 |
| 37 | $3,500.00 |
| 38 | $683,712.00 |
| 39 | $259,000.00 |
| 40 | $24,850.00 |
| 41 | $23,450.00 |
| 42 | $25,000.00 |
| 43 | $178,014.00 |