United States District Court
Middle District of Florida
Tampa Division

**UNITED STATES OF AMERICA,**

v.                                                    No. 8:22-CR-437-WFJ-SPF

**JOHN LEE**
       **A/K/A GIOVANNI.**

              **DEFNEDANT.**

_____

## Motion for Special Admission

Paul S. Hugel moves for special admission to represent third-party petitioner L.J. West Diamonds, Inc. this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the Southern District of New York and the Eastern District of New York.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida: None .

I will comply with the federal rules and this Court's local rules.

1

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated:  New York, New York
         June 17, 2024

CLAYMAN ROSENBERG
KIRSHNER & LINDER LLP

*/s/ Paul S. Hugel*
_____
Paul S. Hugel (SDNY Bar No. PH4749)
305 Madison Avenue, Suite 650
New York, New York 10165
(212) 922-1080
hugel@clayro.com

## Local Rule 3.01(g) Certification

I have been unable to confer with the parties to this matter before filing this motion as the Assistant United States Attorneys on this matter are unavailable and the defendant is incarcerated and not presently represented by counsel.

Dated:    New York, New York
          June 17, 2024

_____
Paul S. Hugel