UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

| CASE NO.: 8:22-cr-437-WFJSPF | DATE: June 26, 2024 | |
|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOHN LEE** | **GOVERNMENT COUNSEL**<br>Rachelle Bedke, Anita Cream, Nicole Andrejko, Tiffany Fields, AUSA | |
| | **DEFENSE COUNSEL**<br>Not Present | |
| **COURT REPORTER:** Susie Cayler | **DEPUTY CLERK:** | Javaris Gooding-Butts |
| **TIME:** 11:01 AM - 11:30 AM<br>**TOTAL:** 29 Minutes | **COURTROOM:** | 15B |

**PROCEEDINGS:**   Status Conference re: Forfeiture

Court in session.

Counsel identified for the record.

The Court addressed pending matters with the Government and victim's attorneys.

The Court will grant any pro hac vice motions.

The Government seeks a ruling on their motion at Doc. 74. MOTION to Dismiss.

Counsel for the Victims are seeking the Court to Order discovery.

The Court makes the following rulings on the record:

Any claims must be filed by close of business June 28, 2024.

All claims are barred. No claims or admitted claims are barred at the close of business July 10, 2024.

The Government shall file their amended motion to dismiss by close of business July 10, 2024.

All responses to the motion to dismiss are due by close of business July 22, 2024.

The Court will continue the Restitution hearing to September 30, 2024.

Court adjourned.