UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No.  8:22-cr-437-WFJ-SPF

JOHN LEE
   a/k/a "Giovanni"

## NOTICE TO COURT REGARDING FORFEITURE OF DIRECT ASSETS

The United States of America gives notice to the Court that it will not complete the forfeiture of the following pieces of jewelry listed in the Amended Preliminary Order of Forfeiture for Direct Assets, Doc. 93, because the jewelry was stolen and will be returned to the victim:

**Assorted Jewelry and Watches:**

(1) 1.07 Carat G Color VVS2 Clarity Round Brilliant Cut Natural Diamond (Loose).

(2) 12.20 Carat Natural Fancy Yellow-Green VS2 Clarity Radiant Cut Diamond.

(3) 13.15 Carat Natural Fancy Vivid Pink VVS1 Emerald Cut Diamond in Platinum Solitaire Ring.

(4) 19.46 Carat Natural Fancy Vivid Yellow Internally Flawless Radiant Cut Diamond. and Step Cut Half Moon Diamond Three Stone Ring by Kaufmann De Suisse in Platinum and 18 Karat Yellow Gold.

(5) 3.07 Carat Natural Fancy Intense Pink Internally Flawless Clarity Heart Modified Brilliant Cut Diamond.

(6)     30.38 Carat Natural No Heat Blue Sapphire Oval Shape and Round Brilliant Cut Diamond Three Stone Ring in 18 Karat White Gold by Alfardan.

(7)     33.34 Carat D Color Flawless Cushion Brilliant Cut Natural Diamond and Trilliant Cut Diamond Three Stone Ring by Graff in Platinum.

(8)     4.15 Carat E Color VVS2 Clarity Emerald Cut Natural Diamond (Loose).

(9)     4.27 Carat E Color VVS2 Clarity Emerald Cut Natural Diamond (Loose).

(10)     46.51 Carat Natural Burma No Heat Blue Sapphire Cushion Cut and Triangular Step Cut Diamond Three Stone Ring in Platinum.

(11)     6.22 Carat H Color Internally Flawless Clarity Pear Brilliant Cut Natural Diamond (Loose).

(12)     6.40 Carat H Color Internally Flawless Clarity Pear Brilliant Cut Natural Diamond (Loose).

(13)     66.05 Carat Natural Fancy Intense Yellow VS1 Clarity Radiant Cut Diamond Solitaire Ring by Jacob & Co. in 18 Karat Yellow Gold.

(14)     7.03 Carat D Color Internally Flawless Clarity Oval Brilliant Cut Natural Diamond (Loose).

(15)     75.42 Carat Natural Fancy Intense Yellow SI1 Clarity Cushion Modified Brilliant Cut Diamond (Loose) from Disassembled Significant Multi White and Yellow Diamond and Platinum Necklace (Necklace/Metal Not Present).

(16)     Cartier Trinity Bracelet.

(17)     Chatila Diamond Double Halo Cocktail Ring Setting in Platinum and 18 Karat Yellow Gold (Missing Center Stone).

(18) Chatila Diamond Halo Cocktail Ring Setting in Platinum and 18 Karat Yellow Gold (Missing Center Stone).

(19) Chatila Multi Oval, Brilliant and Round Brilliant Cut Natural Diamond and White Gold Necklace.

(20) Chopard Misbaha in 18 Karat White Gold, Sapphire, and Diamond.

(21) Christophe Claret Rialto in White Gold with Sapphire Bezel (Piece Unique).

(22) Diamond and Platinum Ring Setting Missing Center Stone.

(23) Disassembled Significant Multi Natural Diamond and Platinum Necklace by Graf- 138 Stones of Varying Carat Weights with Setting Separate.

(24) Epaulette Cut Natural Diamond Three Stone Ring Setting in Platinum (Missing Center Stone).

(25) Mellerio dits Meller Chevaux de Légende Rock Crystal, Gold, Diamond, Emerald, Malachite, Coral, Lapis Lazuli, Agate, and Obsidian Horse Sculpture.

(26) Multi Shape Natural Diamond and Platinum Halo Ring Setting (Missing Center Stone), 12 Stones of Varying Carat Weights.

(27) Multiple Loose Natural Diamonds from Disassembled Significant Multi White and Yellow Diamond and Platinum Necklace (Necklace/Metal Not Present), 203 Stones of Varying Carat Weights.

(28) Natural Ruby and Diamond Enhancer for Tiara or Necklace (Disassembled), Seven Stones of Varying Carat Weights.

(29) A. Lange & Sohne Tourbograph Perpetual "Pour le Merite" Watch

(30) Rolex Day Date II "President" in Platinum with Original Maroon Dial Arabic Day/Date Wheels (Piece Unique).

(31) Cartier Santos Dumont Watch.

(32) 15.25 Carat Burma No Heat Cushion Cut Ruby.

(33) Vacheron Constantin Traditionnelle World Time, 3 Piece Set.

(34) Cartier "Art Deco Chinese Prestige" Collection (3x Cartier Prestige Fountain Pens, 2x Cartier Lighter and 1x Desk/Travel Clock).

(35) Cartier "Art Deco Chinese Prestige" Collection (2x Cartier Prestige Fountain Pens, 1x Cartier Lighter and 1x Desk/Travel Clock).

(36) Cartier "Colisee" Desk/Travel Clock.

(37) Cartier "Secret Watch" Ball Point Pen (1322/2000).

(38) Cartier "Secret Watch" Ball Point Pen (1115/2000).

(39) Cartier Art Deco Chinese Prestige Pen, Prestige Dragon Pen, Cufflink and Ashtray Collection.

(40) Cartier Exceptional Tiger Fountain Pen in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter (046/100).

(41) Cartier Exceptional Tiger Fountain Pen in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter (058/100).

(42) Cartier Exceptional Tiger Fountain Pens in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter.

(43) Cartier Pasha in Stainless Steel with Arabic Dial.

(44) Patek Philippe Calatrava Watch.

(45)    Patek Philippe Nautilus Watch.

(46)    Chopard Classic Watch.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By:    *s/Nicole M. Andrejko*
NICOLE M. ANDREJKO
Assistant United States Attorney
Florida Bar No. 0820601
400 West Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7560
Facsimile: (407) 648-7643
E-Mail: Nicole.Andrejko@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

*s/Nicole M. Andrejko*
NICOLE M. ANDREJKO
Assistant United States Attorney

5