UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No. 8:22-cr-437-WFJ-SPF

JOHN LEE
  a/k/a "Giovanni"

**CONSENT TO FORFEITURE**

I, SOPHIA LEE, hereby state that my husband, John Jace, and I are the owners of the vehicles and gold bars we voluntarily surrendered to the Federal Bureau of Investigation (FBI) on or about March 21, 2023, more particularly described as:

1. A 2007 Bentley Continental GT Convertible, VIN: SCBDR33W77C050110 registered to John Lee;

2. A 2019 Mercedes-Benz GLS, VIN: 4JGDF6EE2KB222601, registered to John Jace; and

3. Three gold bars with 1kg stamped on each.

(the Assets).

I acknowledge that the FBI has advised that it has probable cause to believe that the Assets are traceable to and/or constitute the proceeds of the mail fraud offenses and/or proceeds of the interstate transportation of stolen property offenses charged in this matter. Therefore, the Assets are subject to civil forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

ATTACHMENT A

I hereby consent to either the administrative and/or judicial forfeiture of the Assets, and waive any right I may have to notice of the administrative and/or judicial forfeiture of the Assets. I also waive any objections or challenges to the forfeiture of the Assets, including that the forfeiture was not timely commenced or properly noticed. I further agree not to file a petition for remission for the Assets.

I further agree to unconditionally release, hold harmless, acquit, and discharge the United States of America, the FBI, the United States Marshals Service, and any other federal, state or local law enforcement agencies, its successors, assignees, agents, and employees from any and all claims, demands, causes of actions or suits, agreements, deposited sums, judgments, damages, losses of services, expenses of whatever kind and description, and wheresoever situated, that might exist by reason of or arising out of the seizure and/or forfeiture of the Assets subject to this Agreement.

I have carefully reviewed this Agreement. I fully understand it, and I voluntarily agree to it. I further represent that I have been told that if I do not understand this Agreement, I should seek counsel from an attorney. Pursuant to this Consent to Forfeiture, I hereby consent to the administrative or judicial forfeiture of the Assets.

I represent that I make this statement of my own free will, with full understanding of the consequences. The representations made herein are true and correct to the best of my information and belief.

_____  
JOHN JACE

3/20/23  
DATE

_____  
RONALD KURPIERS, ESQ.  
Counsel for John Jace

3/20/2023  
DATE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:22-cr-437-WFJ-SPF

JOHN LEE
a/k/a "Giovanni"

**CONSENT TO FORFEITURE**

I, JOHN JACE, hereby state that my wife, Sophia Lee, and I are the owners of the vehicles and gold bars we voluntarily surrendered to the Federal Bureau of Investigation (FBI) on or about March 21, 2023, more particularly described as:

1. A 2007 Bentley Continental GT Convertible, VIN: SCBDR33W77C050110 registered to John Lee;

2. A 2019 Mercedes-Benz GLS, VIN: 4JGDF6EE2KB222601, registered to John Jace; and

3. Three gold bars with 1kg stamped on each.

(the Assets).

I acknowledge that the FBI has advised that it has probable cause to believe that the Assets are traceable to and/or constitute the proceeds of the mail fraud offenses and/or proceeds of the interstate transportation of stolen property offenses charged in this matter. Therefore, the Assets are subject to civil forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

I hereby consent to either the administrative and/or judicial forfeiture of the

Assets, and waive any right I may have to notice of the administrative and/or judicial forfeiture of the Assets. I also waive any objections or challenges to the forfeiture of the Assets, including that the forfeiture was not timely commenced or properly noticed. I further agree not to file a petition for remission for the Assets.

I further agree to unconditionally release, hold harmless, acquit, and discharge the United States of America, the FBI, the United States Marshals Service, and any other federal, state or local law enforcement agencies, its successors, assignees, agents, and employees from any and all claims, demands, causes of actions or suits, agreements, deposited sums, judgments, damages, losses of services, expenses of whatever kind and description, and wheresoever situated, that might exist by reason of or arising out of the seizure and/or forfeiture of the Assets subject to this Agreement.

I have carefully reviewed this Agreement. I fully understand it, and I voluntarily agree to it. I further represent that I have been told that if I do not understand this Agreement, I should seek counsel from an attorney. Pursuant to this Consent to Forfeiture, I hereby consent to the administrative or judicial forfeiture of the Assets.

I represent that I make this statement of my own free will, with full understanding of the consequences. The representations made herein are true and correct to the best of my information and belief.

_____
SOPHIA LEE

3/20/23
_____
DATE

_____
RONALD KURPIERS, ESQ.
Counsel for Sophia Lee

3/20/2023
_____
DATE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No. 8:22-cr-437-WFJ-SPF

JOHN LEE
a/k/a "Giovanni"

## CONSENT TO FORFEITURE

I, STEVEN PATRICK ADAMS, hereby state that I am the owner of the vehicles I voluntarily surrendered to the Federal Bureau of Investigation (FBI) on or about June 13, 2023, more particularly described as:

1. A 1963 Chevrolet Corvette Sting Ray 2 Door Coupe with Split Window, VIN: 30837S103339, registered to Steven Patrick Adams; and

2. A 2020 Mercedes-Benz GLE, VIN: 4JGFB5KB1LA004052, registered to Steven Patrick Adams.

(the Vehicles).

I acknowledge that the FBI has advised that it has probable cause to believe that the Vehicles are traceable to and/or constitute the proceeds of the mail fraud offenses and/or proceeds of the interstate transportation of stolen property offenses charged in this matter. Therefore, the Vehicles are subject to civil forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

I hereby consent to either the administrative and/or judicial forfeiture of the Vehicles, and waive any right I may have to notice of the administrative and/or

judicial forfeiture of the Vehicles. I also waive any objections or challenges to the forfeiture of the Vehicles, including that the forfeiture was not timely commenced or properly noticed. I further agree not to file a petition for remission for the Vehicles.

I further agree to unconditionally release, hold harmless, acquit, and discharge the United States of America, the FBI, the United States Marshals Service, and any other federal, state or local law enforcement agencies, its successors, assignees, agents, and employees from any and all claims, demands, causes of actions or suits, agreements, deposited sums, judgments, damages, losses of services, expenses of whatever kind and description, and wheresoever situated, that might exist by reason of or arising out of the seizure and/or forfeiture of the Vehicles subject to this Agreement.

I have carefully reviewed this Agreement. I fully understand it, and I voluntarily agree to it. I further represent that I have been told that if I do not understand this Agreement, I should seek counsel from an attorney. Pursuant to this Consent to Forfeiture, I hereby consent to the administrative or judicial forfeiture of the Vehicles.

I represent that I make this statement of my own free will, with full understanding of the consequences. The representations made herein are true and correct to the best of my information and belief.

_____        _____
STEVEN PATRICK ADAMS                   MARK O'BRIEN, ESQ.
                                       Counsel for Steven Patrick Adams

2

6/13/23
DATE

6/14/23
DATE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:22-cr-437-WFJ-SPF

JOHN LEE
a/k/a "Giovanni"

### SECOND CONSENT TO FORFEITURE

I, STEVEN PATRICK ADAMS, hereby state that I am an owner of the vehicle and seven gold bars I voluntarily surrendered to the Federal Bureau of Investigation (FBI) on or about June 13, 2023, more particularly described as:

1. A 2022 Porsche Cayenne, VIN: WP1AA2AY8NDA07164 Registered to John Lee; and

2. Seven one kilogram gold bars,

which were located at 25 Glenwood Avenue Lake Hiawatha, New Jersey.

I acknowledge that the FBI has advised that it has probable cause to believe that these assets are traceable to and/or constitute the proceeds of the mail fraud offenses and/or proceeds of the interstate transportation of stolen property offenses charged in this matter. Therefore, these assets are subject to civil forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

I hereby consent to either the administrative and/or judicial forfeiture of these assets, and waive any right I may have to notice of the administrative and/or judicial forfeiture of these assets. I also waive any objections or challenges to the

forfeiture of these assets, including that the forfeiture was not timely commenced or properly noticed. I further agree not to file a petition for remission for these assets.

I further agree to unconditionally release, hold harmless, acquit, and discharge the United States of America, the FBI, the United States Marshals Service, and any other federal, state or local law enforcement agencies, its successors, assignees, agents, and employees from any and all claims, demands, causes of actions or suits, agreements, deposited sums, judgments, damages, losses of services, expenses of whatever kind and description, and wheresoever situated, that might exist by reason of or arising out of the seizure and/or forfeiture of the assets subject to this Agreement.

I have carefully reviewed this Agreement. I fully understand it, and I voluntarily agree to it. I further represent that I have been told that if I do not understand this Agreement, I should seek counsel from an attorney. Pursuant to this Consent to Forfeiture, I hereby consent to the administrative or judicial forfeiture of these assets.

I represent that I make this statement of my own free will, with full understanding of the consequences. The representations made herein are true and correct to the best of my information and belief.

_____
STEVEN PATRICK ADAMS

_____
MARK O'BRIEN, ESQ.
Counsel for Steven Patrick Adams

6/20/23
DATE

6/20/2023
DATE

2