**Lake, Kelly (USAFLM) [Contractor]**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, February 21, 2024 10:24 AM |
| **To:** | Lake, Kelly (USAFLM) [Contractor] |
| **Subject:** | [EXTERNAL] FedEx Shipment 775209006866: Your package has been delivered |



# Hi. Your package was delivered Wed, 02/21/2024 at 10:03am.



Delivered to 10909 MCCORMICK RD, Cockeysville, MD 21030
Received by ..J CLAYPOOLE

**OBTAIN PROOF OF DELIVERY**

How was your delivery ?

    

**TRACKING NUMBER**     775209006866

1

ATTACHMENT D

| | |
|---|---|
| **FROM** | U.S. Attorneys Office<br>400 W WASHINGTON ST<br>STE 3100<br>ORLANDO, FL, US, 32801 |
| **TO** | GM Financial<br>GM Financial<br>P.O. Box 1510<br>Cockeysville, MD, US, 21030 |
| **SHIP DATE** | Tue 2/20/2024 04:28 PM |
| **DELIVERED TO** | Shipping/Receiving |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | ORLANDO, FL, US, 32801 |
| **DESTINATION** | Cockeysville, MD, US, 21030 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | SOS |

# FedEx Delivery Manager® puts you in control

Enroll for free and get more visibility and control for your deliveries from start to finish. And if you need to make a return, our network of 10,000+ locations makes drop off easy.

**ENROLL NOW**

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:22-cr-437-WFJ-SPF

JOHN LEE
  a/k/a "Giovanni"

### NOTICE OF FORFEITURE

*VIA FEDEX TRACKING NO. 7752 0900 6866*
*AND REGULAR U.S. MAIL*

**TO:**  GM Financial
      P.O. Box 1510
      Cockeysville, MD 21030

Notice is hereby given that on February 13, 2024, in the case of *United States v. John Lee,* Case No. 8:22-cr-437-WFJ-SPF, the United States District Court for the Middle District of Florida entered a Preliminary Order of Forfeiture condemning and forfeiting to the United States of America the assets listed in Attachment A.

Our records reflect that you may have an interest in some of the subject property. The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Pursuant to the provisions of Federal Rule of Criminal Procedure 32.2(c), and 21 U.S.C. § 853(n), if you have, or claim, a legal interest in the forfeited property, within 30 days of your receipt of this notice, you must file a petition with the **Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal**

Page **1** of **9**

**Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602**. You must sign the petition under penalty of perjury, and you must set forth the nature and extent of your right, title or interest in the forfeited property, any additional facts supporting your claim, and the relief you seek.

A copy of any such petition is to be served on **Nicole Andrejko, Assistant United States Attorney, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602**. The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746. The regulations pertaining to remission or mitigation of the forfeiture are 28 C.F.R. §§ 9.1 – 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. § 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R § 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission no later than 11:59 PM EST 30 days after the date you receive this notice. *See* 28 C.F.R. § 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your

petition for remission in writing by sending it to the **United States Attorney's Office, Attn: Nicole M. Andrejko, Assistant United States Attorney, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602**. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file the ancillary petition with the District Court and/or submit your petition for remission or mitigation with the **United States Attorney's Office, Attn: Nicole M. Andrejko, Assistant United States Attorney, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602**.

If you fail to file a petition with the Court within 30 days of this notice, any interest you may have in the property shall be lost and forfeited to the United States.

Dated: February 20, 2024.                ROGER B. HANDBERG
                                        United States Attorney

                              By:   *s/Nicole M. Andrejko*
                                    NICOLE M. ANDREJKO
                                    Assistant United States Attorney
                                    Florida Bar No. 0820601
                                    400 West Washington St., Suite 3100
                                    Orlando, Florida 32801
                                    Telephone: (407) 648-7560
                                    Facsimile: (407) 648-7643

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:22-cr-437-WFJ-SPF

JOHN LEE
  a/k/a "Giovanni"

### ACKNOWLEDGMENT OF RECEIPT OF NOTICE OF FORFEITURE

TO:    Nicole Andrejko
        Assistant United States Attorney
        United States Attorney's Office
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602

In the action styled *United States v. John Lee,* Case No. 8:22-cr-437-WFJ-SPF, United States District Court for the Middle District of Florida, GM Financial hereby acknowledges receipt of a copy of a Notice of Forfeiture **(FedEx Tracking Number *7752 0900 6866)*** along with a copy of the Order granting the Preliminary Order of Forfeiture condemning and forfeiting to the United States of America the assets identified in Attachment A.

GM Financial also acknowledges receipt of a copy of this Acknowledgment and a self-addressed, postage prepaid envelope in which this Acknowledgment can be returned.

GM Financial acknowledges the Notice of Forfeiture sets forth the procedure for filing a petition with the court to assert an interest in the above-referenced property pursuant to the provisions of Federal Rule of Criminal Procedure 32.2(c), and 21 U.S.C. § 853(n).

Date:_____          _____
                              GM Financial

| **ATTACHMENT A** |   |
|---|---|
| *U.S. v. John Lee* |   |
| Case No. 8:22-cr-437-WFJ-SPF |   |
| **Asset ID** | **Asset** |
| 23-FBI-003552 | 2007 Bentley Continental GT Convertible, VIN: SCBDR33W77C050110, Registered to John Lee. |
| 23-FBI-003558 | 2019 Mercedes-Benz GLS, VIN: 4JGDF6EE2KB222601, Registered to John Jace. |
| 23-FBI-003560 23-FBI-005574 23-FBI-006993 | Three One-Kilogram Gold Bars. |
| 23-FBI-003943 | 2021 Ford Mustang GT Coupe, VIN: 1FA6P8SJ7M5502318, Registered to Jonathan Joey Lee. |
| 23-FBI-005564 | 2022 Porsche Cayenne, VIN: WP1AA2AY8NDA07164, Registered to John Lee. |
| 23-FBI-005777 23-FBI-006963 23-FBI-006964 23-FBI-006965 23-FBI-006966 23-FBI-006967 23-FBI-006968 23-FBI-006969 23-FBI-006970 23-FBI-006971 23-FBI-006972 23-FBI-006973 | 12 One-Kilogram Gold Bars. |
| 23-FBI-006763 | 1963 Chevrolet Corvette Sting Ray 2 Door Coupe with Split Window, VIN: 30837S103339, Registered to Steven Parker Adams. |
| 23-FBI-006765 | Wilhelm Schimmel Grand Piano. |
| 23-FBI-006990 23-FBI-006991 23-FBI-006992 23-FBI-006994 23-FBI-006995 23-FBI-006996 23-FBI-006997 | Seven One-Kilogram Gold Bar |
| 23-FBI-007479 | 2020 Mercedes-Benz GLE, VIN: 4JGFB5KB1LA004052, registered to Steven Patrick Adams. |
| 23-FBI-008654 | 13.15 Carat Natural Fancy Vivid Pink VVS1 Emerald Cut Diamond in Platinum Solitaire Ring. |
| 23-FBI-008655 | Patek Philippe Nautilus Rose Gold and Ruby Bezel. |
| 23-FBI-008655 | Rolex Daytona in 18 Karat White Gold on Rubber Strap. |
| 23-FBI-008656 | 103.86 Carat D Color Internally Flawless Clarity Cushion Brilliant Cut Natural Diamond (Loose). |

Page **6** of **9**

| | |
|---|---|
| 23-FBI-008657 | 1.07 Carat G Color VVS2 Clarity Round Brilliant Cut Natural Diamond (Loose). |
| 23-FBI-008657 | 3.07 Carat Natural Fancy Intense Pink Internally Flawless Clarity Heart Modified Brilliant Cut Diamond. |
| 23-FBI-008657 | 6.22 Carat H Color Internally Flawless Clarity Pear Brilliant Cut Natural Diamond (Loose). |
| 23-FBI-008657 | 6.40 Carat H Color Internally Flawless Clarity Pear Brilliant Cut Natural Diamond (Loose). |
| 23-FBI-008657 | 7.03 Carat D Color Internally Flawless Clarity Oval Brilliant Cut Natural Diamond (Loose). |
| 23-FBI-008658 | Audemars Piguet Platinum Royal Oak Watch with Grey Face. |
| 23-FBI-008658 | Audemars Piguet Royal Oak Watch with Gold Face. |
| 23-FBI-008658 | Audemars Piguet Royal Oak Watch with Purple Face. |
| 23-FBI-008658 | Patek Philippe Grey Gold Watch with Blue Face. |
| 23-FBI-008658 | Patek Philippe Nautilus Rose Gold and Ruby Bezel. |
| 23-FBI-008658 | Patek Philippe Platinum Watch with Emeralds. |
| 23-FBI-008658 | Patek Philippe Platinum Watch with Sapphires. |
| 23-FBI-008658 | Patek Philippe rose gold Watch with Black Face. |
| 23-FBI-008658 | Patek Philippe Watch, Tiffany Blue Face. |
| 23-FBI-008658 | Richard Mille RM65-01 Rose Gold Watch. |
| 23-FBI-008658 | Rolex Daytona Rainbow Watch. |
| 23-FBI-008658 | Rolex Eye of the Tiger Watch. |
| 23-FBI-008658 | Rolex GMT-Master II "Pepsi" Rose Gold Watch. |
| 23-FBI-008658 | Rolex ID Cards, and Loose Watch Links. |
| 23-FBI-008661 | 12.20 Carat Natural Fancy Yellow-Green VS2 Clarity Radiant Cut Diamond. |
| 23-FBI-008661 | 19.46 Carat Natural Fancy Vivid Yellow Internally Flawless Radiant Cut Diamond. and Step Cut Half Moon Diamond Three Stone Ring by Kaufmann De Suisse in Platinum and 18 Karat Yellow Gold. |
| 23-FBI-008661 | 30.38 Carat Natural No Heat Blue Sapphire Oval Shape and Round Brilliant Cut Diamond Three Stone Ring in 18 Karat White Gold by Alfardan |
| 23-FBI-008661 | 33.34 Carat D Color Flawless Cushion Brilliant Cut Natural Diamond and Trilliant Cut Diamond Three Stone Ring by Graff in Platinum. |
| 23-FBI-008661 | 4.15 Carat E Color VVS2 Clarity Emerald Cut Natural Diamond (Loose). |
| 23-FBI-008661 | 4.27 Carat E Color VVS2 Clarity Emerald Cut Natural Diamond (Loose). |
| 23-FBI-008661 | 46.51 Carat Natural Burma No Heat Blue Sapphire Cushion Cut and Triangular Step Cut Diamond Three Stone Ring in Platinum. |
| 23-FBI-008661 | 66.05 Carat Natural Fancy Intense Yellow VS1 Clarity Radiant Cut Diamond Solitaire Ring by Jacob & Co. in 18 Karat Yellow Gold. |
| 23-FBI-008661 | 75.42 Carat Natural Fancy Intense Yellow SI1 Clarity Cushion Modified Brilliant Cut Diamond (Loose) from Disassembled Significant Multi White and Yellow Diamond and Platinum Necklace (Necklace/Metal Not Present). |
| 23-FBI-008661 | Cartier Trinity Bracelet. |

| | |
|---|---|
| 23-FBI-008661 | Chatila Diamond Double Halo Cocktail Ring Setting in Platinum and 18 Karat Yellow Gold (Missing Center Stone). |
| 23-FBI-008661 | Chatila Diamond Halo Cocktail Ring Setting in Platinum and 18 Karat Yellow Gold (Missing Center Stone). |
| 23-FBI-008661 | Chatila Multi Oval, Brilliant and Round Brilliant Cut Natural Diamond and White Gold Necklace. |
| 23-FBI-008661 | Chopard Misbaha in 18 Karat White Gold, Sapphire, and Diamond. |
| 23-FBI-008661 | Christophe Claret Rialto in White Gold with Sapphire Bezel (Piece Unique). |
| 23-FBI-008661 | Diamond and Platinum Ring Setting Missing Center Stone. |
| 23-FBI-008661 | Disassembled Significant Multi Natural Diamond and Platinum Necklace by Graf- 138 Stones of Varying Carat Weights with Setting Separate. |
| 23-FBI-008661 | Epaulette Cut Natural Diamond Three Stone Ring Setting in Platinum (Missing Center Stone). |
| 23-FBI-008661 | Gold, Diamond, Emerald, Malachite, Coral, Lapis Lazuli, Agate, and Obsidian Horse Sculpture. |
| 23-FBI-008661 | Multi Shape Natural Diamond and Platinum Halo Ring Setting (Missing Center Stone), 12 Stones of Varying Carat Weights. |
| 23-FBI-008661 | Multiple Loose Natural Diamonds from Disassembled Significant Multi White and Yellow Diamond and Platinum Necklace (Necklace/Metal Not Present), 203 Stones of Varying Carat Weights. |
| 23-FBI-008661 | Natural Ruby and Diamond Enhancer for Tiara or Necklace (Disassembled), Seven Stones of Varying Carat Weights |
| 23-FBI-008661 | Lange & Sohne Tourbograph Perpetual "Pour le Merite" Watch. |
| 23-FBI-008661 | Patek Philippe Calatrava Watch. |
| 23-FBI-008661 | Patek Philippe Nautilus Watch. |
| 23-FBI-008661 | Rolex Day Date II "President" in Platinum with Original Maroon Dial Arabic Day/Date Wheels (Piece Unique). |
| 23-FBI-008661 | Chopard Classic Watch. |
| 23-FBI-008661 | Cartier Santos Dumont Watch. |
| 23-FBI-008661 | Vacheron Constantin Traditionnelle World Time, 3 Piece Set. |
| 23-FBI-008661 | Cartier "Art Deco Chinese Prestige" Collection (3x Cartier Prestige Fountain Pens, 2x Cartier Lighter and 1x Desk/Travel Clock). |
| 23-FBI-008661 | Cartier "Art Deco Chinese Prestige" Collection (2x Cartier Prestige Fountain Pens, 1x Cartier Lighter and 1x Desk/Travel Clock). |
| 23-FBI-008661 | Cartier "Colisee" Desk/Travel Clock. |
| 23-FBI-008661 | Cartier "Secret Watch" Ball Point Pen (1322/2000). |
| 23-FBI-008661 | Cartier "Secret Watch" Ball Point Pen (1115/2000). |
| 23-FBI-008661 | Cartier Art Deco Chinese Prestige Pen, Prestige Dragon Pen, Cufflink and Ashtray Collection |
| 23-FBI-008661 | Cartier Exceptional Tiger Fountain Pen in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter (046/100). |

| | |
|---|---|
| 23-FBI-008661 | Cartier Exceptional Tiger Fountain Pen in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter (058/100). |
| 23-FBI-008661 | Cartier Exceptional Tiger Fountain Pens in Sterling Silver and Black Enamel with Crystal Display Tray and Cartier Logo Lines Lighter. |
| 23-FBI-008661 | Cartier Pasha in Stainless Steel with Arabic Dial. |
| 24-FBI-000675 | Any funds obtained from the sale of a 2022 Porsche 911 Convertible, VIN: WP0CD2A92NS260860, Registered to John Lee. |