UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:22-cr-437-WFJ-SPF

JOHN LEE
  a/k/a "Giovanni"

**UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO L.J. WEST'S MOTION FOR RECONSIDERATION**

     The United States respectfully requests a five-day extension, to September 16, 2024, to comply with this Court's September 4, 2024 Order (Doc. 142) directing the United States to respond to Petitioner L.J. West Diamonds, Inc.'s Motion for Reconsideration (Doc. 141), and in support, states as follows:

     1.    On August 30, 2024, the Court dismissed L.J. West Diamond's verified petition claiming an ownership interest in the Gray Diamond, and granted both the United States' and A.T.'s motions to dismiss L.J. West's verified petition. Doc. 139.

     2.    On September 4, 2024, L.J. West filed a motion for reconsideration of the Court's order. In its motion, L.J. West argues that the Court committed a manifest error of law in applying the Rule 12(b)(1) standard when ruling on the motions to dismiss. L.J. West requests that the Court reconsider its order, apply a Rule 12(b)(6) standard, and find that L.J. West established standing to contest the forfeiture of the Gray Diamond. L.J. West also requests that, should the Court decline to reconsider its order, the Court enter a stay of execution of the order so that

West can appeal the decision to the Eleventh Circuit before the Gray Diamond is given to A.T. and removed from the United States. Doc. 141.

    3.    The same day, the Court entered an order directing both United States and A.T. to respond to L.J. West's Motion for Reconsideration by Wednesday, September 11, 2024. Doc. 142.

    4.    Because L.J. West's intends to appeal the Court's order if L.J. West's motion for reconsideration is not granted, the undersigned would like to coordinate with the Appellate Section of the United States Attorney's Office in preparing the United States' response. The undersigned anticipates that she will need five additional days (to include three working days), or to Monday, September 16, 2024, to confer internally and finalize the response.

    5.    On September 5, 2024, the undersigned discussed this motion with L.J. West's counsel, who has advised that he has no objection to the undersigned's request for a five-day extension.

6. Accordingly, the United States respectfully requests that the Court provide a five-day extension, until September 16, 2024, for the United States to file its response to L.J. West's Motion for Reconsideration.

          Respectfully Submitted,

          ROGER B. HANDBERG
          United States Attorney

By:   *s/Nicole M. Andrejko*
      NICOLE M. ANDREJKO
      Assistant United States Attorney
      Florida Bar No. 0820601
      400 West Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone: (407) 648-7560
      Facsimile: (407) 648-7643
      E-Mail: Nicole.Andrejko@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

          *s/Nicole M. Andrejko*
          NICOLE M. ANDREJKO
          Assistant United States Attorney