# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.

JOHN LEE

_____/

Case No. 8:22-cr-00437 (WFJ) (SPF)

Honorable William F. Jung

## NOTICE OF APPEAL

      PLEASE TAKE NOTICE that Petitioners Joseph Grunberg, Rosalie Grunberg, Lombard Mutual LLC, and Wolf Grunberg Corp. (collectively, the "Grunberg Petitioners"), hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the August 30, 2024 Order (ECF No. 139) entered in this action: (1) granting the United States' Amended Motion to Dismiss (ECF No. 131); (2) granting the Victim's Motion to Dismiss Competing Claims (ECF No. 130); (3) granting the Victim's Petition Claiming Title in the Gray Diamond and 103 Carat Diamond Ordered Forfeited (ECF No. 123); and (4) dismissing the Grunberg Petitioners' Petition to Claim Interest in Forfeited Property (ECF No. 64).

      Although no final order of forfeiture has been entered, and the Grunberg Petitioners have moved for reconsideration of the Court's August 30, 2024 Order, the Grunberg Petitioners have filed this Notice of Appeal to preserve all appellate rights.  Petitioner will amend this Notice of Appeal upon the entering of the Final Order of Forfeiture.

Date: September 13, 2024
         New York, NY

Respectfully submitted,

**REED SMITH LLP**

*/s/ Mark E. Bini*
Mark E. Bini
Florida Bar No. 1026547
Lara Treinis Gatz
Florida Bar No. 1055385
599 Lexington Avenue
New York, NY 10022-7650
Phone: (212) 521-5400
Fax: (212) 521-5450
mbini@reedsmith.com
lgatz@reedsmith.com

-and-

200 South Biscayne Blvd, 26th Fl
Miami, Florida 33131
Phone: (786) 747-0286

***Counsel for the Grunberg Petitioners***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September 2024, a true and correct copy of the foregoing was served upon all counsel of record via ECF.

/s/ *Mark E. Bini*
Mark E. Bini
Florida Bar No. 1026547