UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-437-WFJ-SPF

JOHN LEE

**UNITED STATES' UNOPPOSED MOTION
TO CONTINUE RESTITUTION HEARING**

The United States of America, by and through Roger B. Handberg, United States Attorney for the Middle District of Florida, through the undersigned Assistant United States Attorneys, hereby files this motion requesting this Honorable Court to continue John Lee's restitution hearing, currently scheduled to begin on October 8, 2024, for 44 days or until November 21, 2024, and as grounds therefor, states as follows:

1. Sentencing in this matter was held on May 10, 2024. Doc. 92. At the conclusion of the hearing, the parties agreed to bifurcate and continue both the forfeiture and restitution proceedings. Doc. 94.

2. The restitution hearing in this matter was scheduled for September 30, 2024; however, due to Hurricane Helene, the matter was continued to October 8, 2024. Docs. 158 and 159.

3. Mr. Lee's fraud scheme, though not seemingly complex on its face, involves complicated transfers of stolen items in exchange for other items of jewelry and watches, gold bars, and some U.S. currency. During the sentencing hearing on

1

May 10, 2024, the Court heard from an expert witness as to the valuation of certain items stolen and recovered. Doc. 92.

4. Prior to, during, and after the sentencing hearing, the Court heard and reviewed filings in which others who believe themselves to be downline victims of Mr. Lee's offense conduct requested restitution for losses they sustained. Docs. 79, 86, 89, and 90. Additionally, the Court heard and reviewed a multitude of filings pertaining to the forfeiture of certain recovered items. Docs. 58, 62, 64, 68, 79, 80, 86, 87, 88, 89, 90, 111, 115, 118, 121, 122, 127, 134, 136, 137, 138, 141, 146, 149, 150, 155, 160, 161.

5. The United States will be seeking restitution pursuant to both 18 U.S.C. §§ 3663(b)(1)(A) and (b)(1)(B). These provisions respectively provide for the return of the stolen property to the victim and, in instances in which the property cannot be returned, for payment to the victim for the value of the property. Thus, the determinations made in the ancillary forfeiture proceedings may directly impact the order of restitution.

6. After the sentencing hearing, pursuant to this Court's Amended Preliminary Order of Forfeiture for Direct Assets, many of the stolen items recovered were returned to Victim 2. Docs. 93 and 132. At the restitution hearing, the government will be prepared to share with the Court tables detailing the stolen items that have been recovered and returned, and those not yet recovered. The first table will detail the items recovered and returned, and for which the United States seeks restitution pursuant to 18 U.S.C. § 3663(b)(1)(A). The second table will detail the

items that have not yet been recovered, and for which the United States seeks restitution pursuant to 18 U.S.C. § 3663(b)(1)(B).

7.   The United States intends to present one out-of-state witness at the restitution hearing. Due to a religious holiday, the United States' witness is unavailable on October 8, 2024. Additionally, a representative for Victim 2 has expressed the desire to be present at the hearing and is also unavailable on October 8, 2024.

8.   The United States has conferred with counsel for Mr. Lee, counsel for the Grunbergs, counsel for Victim 2, and counsel for the United States' witness.  All have reported availability on November 21, 2024, for the continuation of the restitution hearing. Further, counsel for Mr. Lee, counsel for the Grunbergs, and counsel for Victim 2 are unopposed to this motion.

9.   The United States hereby certifies that this motion is made in good faith and not for purposes of unnecessary delay.

WHEREFORE, the United States respectfully requests this Honorable Court to grant this unopposed motion to continue the sentencing hearing to November 21, 2024.

Respectfully Submitted,

*s/ Tiffany E. Fields*
TIFFANY E. FIELDS
Assistant United States Attorney

*s/ Rachelle DesVaux Bedke*
RACHELLE DESVAUX BEDKE
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2024, I filed the following with the Clerk of Court and that a copy was shared with counsels of record electronically.

*s/ Tiffany E. Fields*
Tiffany E. Fields
Assistant United States Attorney
Arkansas Bar No, 2012221
400 N Tampa St., Ste. 3200
Tampa, FL 33602-4798
Office: 813/274-6000
Fax: 813/274-6358
Email: Tiffany.Fields2@usdoj.gov
