UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:22-cr-437-WFJ-SPF

JOHN LEE
 a/k/a "Giovanni"

## SECOND FINAL ORDER OF FORFEITURE FOR DIRECT ASSETS

THIS CAUSE comes before the Court upon the United States' Second Motion for a Final Order of Forfeiture for Direct Assets for the 103.86 Carat D Color Internally Flawless Clarity Cushion Brilliant Cut Natural Diamond ("103 Carat Diamond"), and a 15.88 Carat Fancy Dark Gray Diamond ("Gray Diamond") (collectively referred to as the "Diamonds"). Doc. 140.

Other than the defendant, whose interest in the Diamonds was previously forfeited to the United States in the second amended preliminary order of forfeiture, Doc. 93, the only third parties to file claims to contest the forfeiture of the Diamonds were: 1) Lombard Mutual LLC, Wolf Grunberg Corp., Rosalie Grunberg, and Joseph Grunberg (collectively, "the Grunbergs"); 2) L.J. West Diamonds, Inc. ("L.J. West"); and 3) the Victim.

Pursuant to its August 30, 2024 and November 6, 2024 Orders, Docs. 139 and 170, the Court found that the Grunbergs lack standing to contest the forfeiture of the 103 Carat Diamond. The Court further found that L.J. West lacks standing to contest the forfeiture of the Gray Diamond. The only cognizable claim was filed by

the Victim. Lastly, the Court found that, consistent with his verified petition, Doc. 123, and pursuant to 21 U.S.C. § 853(n)(6)(A), the Victim holds a pre-existing, superior ownership interest in the Diamonds.

In accordance with the findings in the Court's August 30, 2024 and November 6, 2024 Orders, 21 U.S.C. § 853(n)(6), and Federal Rule of Criminal Procedure 32.2(c)(2) it is hereby:

**ORDERED, ADJUDGED**, and **DECREED** that for good cause shown, the United States' Second Motion for a Final Order of Forfeiture for Direct Assets for the Diamonds, Doc. 140, is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 21 U.S.C. § 853(n)(6) and Rule 32.2(c)(2), all right, title, and interest in the Diamonds remain with the Victim, free and clear of any and all claims by the Grunbergs and L.J. West.

It is **FURTHER ORDERED** that L.J. West is to return the Gray Diamond to the Federal Bureau of Investigation within ten days of the entry of this Order. Failure to do so may result in being held in contempt of Court.

**DONE** and **ORDERED** in Tampa, Florida on November 18, 2024.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:
Nicole M. Andrejko, AUSA
Counsel of Record