UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                           CASE NO: 22-cr-437-WFJ-SPF

JOHN LEE

_____/

<b><u>ORDER</u></b>

**UPON DUE CONSIDERATION** for the reasons stated on the record during the Restitution hearing held on November 21, 2024, it is hereby,

**ORDERED and ADJUDGED** that the Restitution, in this case, should follow the attached Restitution Schedule.

DONE and ORDERED in Tampa, Florida, this 17th day of January 2025.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE