UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO: 22-cr-437-WFJ-SPF

JOHN LEE

## RESTITUTION SCHEDULE

**Payable to Victim A.T.**

| Description | Special Note | Amount |
|---|---|---|
| Van Cleef & Arpels ring with rectangular yellow diamond<br>*Item 1 in Exhibit 5* | | $4,500,000 |
| Graff GR13771 – 33.34 carat D color flawless cushion brilliant cut natural diamond and brilliant cut diamond three stone ring in platinum<br>*Item 2 in Exhibit 5* | | $932,944 |
| 15.25 carat unheated Burma ruby<br>*Item 7 in Exhibit 6* | *When this item is returned to victim A.T., the United States will notice the Clerk's Office as the return of the item will satisfy the restitution amount owed to victim A.T. for this item.* | $425,000 |

1

| Description | Special Note | Amount |
|---|---|---|
| 22.15 carat natural Burmese ruby<br>*Item 9 in Exhibit 5* | | $2,085,580 |
| 12 diamonds from Graff necklace<br>*Item 10 in Exhibit 5* | | $342,200 |
| 20.45 carat internally flawless natural fancy vivid pink diamond<br>*Item 11 in Exhibit 5* | | $5,572,350 |
| 103.86 carat D color internally flawless clarity cushion cut natural diamond<br>*Item 12 in Exhibit 6* | *Should this diamond be returned to victim A.T., the United States will notice the Clerk's Office that the return of the diamond will satisfy a restitution amount of $17,250,000 owed to victim A.T.*<br><br>*The remaining restitution in the amount of $2,912,124 will still be due and owing to victim A.T.* | $20,162,124 |
| 15.88 carat fancy dark grey VVS1 pear shape diamond<br>*Item 13 in Exhibit 6* | *Should this diamond be returned to victim A.T., the United States will notice the Clerk's Office that the return of the diamond will satisfy a restitution amount of $903,572 owed to victim A.T.*<br><br>*The remaining restitution in the amount of $67,500 will still be due and owing to victim A.T.* | $971,072 |

| Description | Special Note | Amount |
|---|---|---|
| Engagement ring setting with pave pink and white diamonds<br>*Item 14 in Exhibit 5* | | $473,000 |
| The Royal Diamond Geneve ladies watch<br>*Item 15 in Exhibit 5* | | $100,000 |
| Diamond necklace set with radiant 75.42 carat fancy intense yellow and white diamonds<br>*Item 17 in Exhibit 5* | | $160,223 |
| | ***TOTAL:*** | $35,726,160 |

**Payable to Victim RT Jewelers**

| Description | Special Note | Amount |
|---|---|---|
| 15.25 carat unheated Burma ruby<br>*Item 7 in Exhibit 6* | | $425,000 |

**Payable to Victim L.J. West Diamonds, Inc.**

| Description | Special Note | Amount |
|---|---|---|
| 15.88 carat fancy dark grey VVS1 pear shape diamond<br>*Item 13 in Exhibit 6* | *Should this diamond be returned to victim L.J. West's Diamonds, Inc., the United States will notice the Clerk's Office that the return of the diamond will satisfy the entire restitution amount of $903,572 owed to victim L.J. West.* | $903,572 |

3

<u>Restitution to A.T. should be made payable to</u>:
A.T.
c./o Arnold & Porter
601 Massachusetts Ave., NW
Washington, D.C. 20001-3743

<u>Restitution to RT Jewelers</u>:
RT Jewelers
728 Sansom Street
Philadelphia, PA 19106

<u>Restitution to LJ West Diamonds, Inc.</u>:
LJ West Diamonds, Inc.
589 5th Avenue, Suite 1102
New York, NY 10017