RECEIVED USMS-AFU
NEWARK, NJ 07102

2024 NOV 19 PM 5:31

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED
By U.S. Marshals Service M/FL Asset Forfeiture at 1:10 pm, Nov 19, 2024

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: 8:22-cr-437-WFJ-SPF |
| DEFENDANT: JOHN LEE | TYPE OF PROCESS: Execution of FOF |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Nicole M. Andrejko, AUSA
U.S. Attorney's Office
400 West Washington St., Suite 3100
Orlando, Florida 32801

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Pursuant to the Final Order of Forfeiture, please sell the Asahi Gold Bars.

CATS ID: 23-FBI-006990; 23-FBI-006991; 23-FBI-006992; 23-FBI-006995
23-FBI-006996; 23-FBI-006997

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (407) 648-7560
DATE: 11/18/24

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 18
District to Serve: No. 50
Signature of Authorized USMS Deputy or Clerk
Date: 11/19/2024

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 2-19-25
Time: 11:49  [X] am  [ ] pm
Signature of U.S. Marshal or Deputy: Anthony Rossi

Address (complete only different than shown above)

Costs shown on attached USMS Cost Sheet >>

REMARKS:

All Asahi Gold Bars sold at auction.

Form USM-285
Rev 03/21