**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 8:22-cr-437-WFJ-SPF |
| DEFENDANT | TYPE OF PROCESS |
| JOHN LEE | Execution of FOF |

RECEIVED
By U.S. Marshals Service M/FL Asset Forfeiture at 1:11 pm, Nov 19, 2024

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nicole M. Andrejko, AUSA
U.S. Attorney's Office
400 West Washington St., Suite 3100
Orlando, Florida 32801

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Pursuant to the Final Order of Forfeiture, please sell the Metalor Gold Bar.

CATS ID: 23-FBI-006993

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: (407) 648-7560
DATE: 11/18/24

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 18 | No. 18 | /s/ Glenda J. Rios | 11/19/2024 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 5/22/2025    Time: 9:47 [X] am [ ] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy: /s/ Glenda J. Rios

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Disposed in accordance with law.

MAY 28 2025 AM 10:36
FILED - USDC - FLMD - TPA

Form USM-285
Rev. 03/21